Steven M. Marshall (CA # 287550)
Law Offices of Steven Marshall
530 Brannan St Suite 304
San Francisco, CA 94107
(415) 390-5941
Steve@UpCounsel.com

Robert Schultz (MO Bar # 35329)
Schultz & Associates LLP
640 Cepi Drive, Suite A
Chesterfield, MO 63005
Tel. (636) 537-4645
Fax. (636) 537-2599
rschultz@sl-lawyers.com

*Attorneys for Plaintiff Bruce Horton*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce Horton, | ) |
| Plaintiff, | ) Case No. |
| | ) |
| v. | ) **COMPLAINT** |
| | ) |
| United States of America, | ) |
| Defendant. | ) **DEMAND FOR JURY TRIAL** |
| _____ | ) |

      Plaintiff Bruce Horton, for his Complaint against Defendant the United States of America alleges:

## STATEMENT OF ACTION

      1.     This is an action for compensation pursuant to 35 U.S.C. §183.

1

**PARTIES**

2      2.      Bruce Horton ("Horton") is a United States Citizen who for many years has lived in

3   San Mateo County at 3546 Jefferson Avenue, Redwood City, California 94062.

4      3.      Defendant is the United States of America ("Government").

5

**JURISDICTION**

6      4.      This District Court has subject matter jurisdiction over this Complaint pursuant to

7   35 U.S.C. §183 because Horton is an inventor whose patent application has been subject to a

8   secrecy order, whose invention has made, used, or sold by Defendant Government, and whose

9   patent application has been illegally frozen and not reviewed nor allowed by the United States

10   Patent and Trademark Office because of the Government. Horton applied for compensation for

11   damages to the appropriate department or agency of the Government but his application was

12   denied. In addition, the Government purported to serve, and continues to purport to serve as his

13   attorney of record, as Horton's attorney and drafted his patent application and paid the filing fee

14   so the Government cannot deny the allowability of Horton's patent application.

15

**VENUE**

16

17      5.      This District Court is the appropriate venue for this Complaint pursuant to 35

18   U.S.C. §183 because Horton lives in San Mateo County, California, and is an inventor whose

19   patent application has been subject to a secrecy order, whose invention has made, used, or sold

20   by the Government, and whose patent application has been illegally frozen and not reviewed nor

21   allowed by the United States Patent and Trademark Office because of the Government. Horton

22   applied for compensation for damages to the appropriate department or agency of the

23   Government but his application was denied. In addition, the Government purported to serve as

24   Horton's attorney and drafted his patent application and paid the fee so the Government cannot

25   deny the allowability of Horton's patent application.

26

**FACTS COMMON TO ALL COUNTS**

27      6.      In 2004, Horton had invented a machine in the field of acoustic wave propagation.

28

2

COMPLAINT

7.     Horton contacted the United States Army because Horton believed his invention could be made use of by the United States Army ("Army").

8.     Army personnel recognized the great military value of Horton's invention and arranged conferences with Horton to discuss his invention. A true and accurate copy of the invitation and travel arrangements for one conference are denoted "Exhibit #1" and attached to this claim. At his first meeting with Army Research Lab officials, Horton was told the Army would develop his invention and Horton was told not to reveal his invention to anyone.

9.     Horton told the attorney for the Army, Stephen Bloor, that he wanted to apply for a patent for his invention.

10.    The Army Attorney told Horton that he should use the Army Attorney as his attorney to prepare and prosecute Horton's patent application.

11.    The Army Attorney did not inform Horton of the numerous and serious conflicts of interest the Army Attorney had in purporting to represent Horton.

12.    The Army drafted an engagement agreement, which Horton agreed to without having the numerous conflicts of interest explained.

13.    A true and accurate copy of the Engagement Agreement is denoted "Exhibit 2", attached to this Complaint.

14.    According to the Engagement Agreement, drafted by Government, and agreed to by Horton and the Government, the Government purported to serve as Horton's attorney.

15.    However the Government and its agent attorney violated their duties as an attorney owed to Horton:

A.     The Government and its agent attorney did not inform Horton that the Government intended to have Horton's patent application declared top secret and the Government would have the patent application unreviewed and essentially never reviewed, allowed, or granted;

B.     The Government and its agent attorney did not inform Horton that the Government's classification of Horton's patent application would make it illegal for Horton to

3

mention, discuss, or develop his invention with or to any other person;

C.      The Government and its agent attorney violated its duty of loyalty to Horton by acting against his interest by making and using his invention without paying any royalties to Horton;

D.      The Government and its agent attorney did not inform Horton that the Government's classification of Horton's patent application would make it illegal for Horton to mention, describe, or discuss his invention with any subsequent attorney;

E.      The Government and its agent attorney did not inform Horton of his right to contest the classification of his invention;

F.      The Government and its agent attorney did not inform Horton of his right to seek compensation from the Government for its use and/or classification of his invention;

G.      The Government and its agent attorney did not inform Horton that its classification of Horton's invention essentially rendered it impossible for Horton to have another attorney represent him on his patent application; and,

H.      The Government and its agent attorney did not comply with applicable legal requirements, including Rule 2-200 of the Rules of Professional Conduct of the State Bar of California.

16.      The Government drafted and filed Horton's patent application on or about May 2, 2005. A true and accurate copy of the emails in which the government attorney acknowledged filing Horton's patent application is denoted "Exhibit #3" and attached to this claim.

17.      Horton's invention was titled "Acoustic Propagation Method", and Horton's patent application was given serial number 10/526609.

18.      On or about May 12, 2005, the United States Army requested that the Commissioner of Patents order Horton's patent application to be kept secret and withhold the grant of a patent to Horton. The Government requested that Horton's invention be classified as "TOP SECRET". On the United States Army's written request, the Government stated that it (the Government) was prosecuting Horton's patent. A true and accurate copy of the United States

4

Army's request to the Commissioner of Patents is denoted "Exhibit #4" and attached to this claim.

19.     The Commissioner of Patents issued a secrecy order for Horton's patent application and classified Horton'a patent application as "TOP SECRET". A true and accurate copy of the secrecy order is denoted "Exhibit #5" and is attached to this claim.

20.     As requested by the Government, Horton's patent application has not been processed by the United States Patent and Trademark Office.

21.     The Government made and used Horton's invention without paying any royalties to Horton.

22.     The Government Engagement Agreement with its one year promise by the Government to handle all prosecute Horton's patent application was illusory and a lie since the Government intended and knew that the patent application would be unlawfully frozen without any patent prosecution intended or occurring.

23.     The Government and the United States Patent and Trademark Office, in accordance with the Government's illegal intentions, froze Horton's patent application without any review by the United States Patent and Trademark Office.

24.     There is no legal justification either from statute or regulation for the United States Patent and Trademark Office to freeze and not process Horton's valid patent application.

25.     The Government's and the United States Patent and Trademark Office's intentional failure to process Horton's patent application is unlawful and illegal and intended, wrongfully, to keep Horton from being able to challenge Government action and receive compensation for his lost invention.

26.     By not processing Horton's valid patent application, the Government and the United States Patent and Trademark Office are in violation of many federal laws including 35 U.S.C. §101, 35 U.S.C. §102, 35 U.S.C. §131,and 35 U.S.C. §183.

27.     In 2012, Horton, through his attorney, made an administrative claim for compensation to the United States Army pursuant to 35 U.S.C. §183 and 227.70 of the Defense

COMPLAINT

Federal Acquisition Regulation Supplement. A true and accurate copy of Horton's administrative claim is denoted Exhibit #6 and attached to this Complaint.

28.     After over a year, the United States Army denied Horton's administrative claim and awarded him nothing because Horton's patent application has not been allowed. A true and accurate copy of the Government Decision is denoted Exhibit #7 and attached to this Complaint.

29.     However, it is the Government's illegal actions, which caused the lack of allowance.

30.     As the preparer, drafter, filer, and prosecutor of Horton's patent application, the Government cannot deny the patentability of Horton's invention and the allowability of Horton's patent application. See 37 C.F.R. §1.56.

31.     The Government cannot illegally cause a condition precedent not to occur and then try to profit from its illegal actions.

32.     Horton's invention is brilliant and ahead of its time.

33.     In 2013, when the Government Attorney telephoned to inform the undersigned counsel of the Government's decision on Horton's administrative claim, the Government Attorney said Horton's invention is brilliant and ahead of its time.

34.     On information and belief, the Government and its attorney have never withdrawn from representing Horton before the United States Patent and Trademark Office and their wrongdoing and breaches of duty continue as of today.

35.     Horton has been injured by the secrecy order in this case for his invention and patent application and Horton has been damaged by his patent having been withheld in the following and other ways:

        A.  The Government has made and used his invention without compensation to Horton;

        B.  Horton has been denied compensation and royalties and license payments from the Government for its use and making of his invention;

        C.  Horton has been denied the opportunity to sell or license his invention to other

6

persons and has lost the resulting payments and royalties;

      D.  Horton has been denied the opportunity to continue development of his invention with the aid of other people;

      E.  Horton has been denied the opportunity to commercialize his invention;

      F.  Horton has been denied the opportunity to finance and market his invention;

      G.  Horton has been denied the opportunity to seek and obtain foreign patents for his invention; and,

      H.  Horton has been denied the full value of his invention.

**COUNT I**

**CLAIM FOR COMPENSATION FOR SECRECY ORDER**

41.    Horton incorporates herein by this reference each and every allegation contained in the paragraphs set forth above.

42.    The foregoing acts of the Government have denied Horton any and all compensation as a result of the imposation of the secrecy order.

43.    Horton suffered damages as a result of the Government's action.

WHEREFORE, Plaintiff Bruce Horton requests the following:

Plaintiff Bruce Horton brings this action pursuant to 35 U.S.C §183 and he respectfully asks this District Court to enter judgment for Plaintiff Bruce Horton and against Defendant United States of America for actual damages of $5,000,000.00, for prejudgment interest, for taxable court costs, and for any other relief deemed just.

**DEMAND FOR A JURY TRIAL**

Bruce Horton hereby demands a trial by jury on the claims in his Complaint.

COMPLAINT

1   DATED:  October 23, 2013

2                                           Plaintiff Bruce Horton by his attorneys,

3                                           /s/ Steven M. Marshall

4                                           Steven M. Marshall
                                            Law Offices of Steven Marshall
5                                           530 Brannan St Suite 304
                                            San Francisco, CA 94107
6                                           (415) 390-5941
7                                           Steve@UpCounsel.com

8                                           Robert Schultz
                                            Schultz & Associates LLP
9                                           640 Cepi Drive, Suite A
                                            Chesterfield, MO 63005
10                                          Tel. (636) 537-4645
11                                          Fax. (636) 537-2599
                                            rschultz@sl-lawyers.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

# EXHIBIT 1

US ARMY RESEARCH LAB PAGE 01/04

# ARMY RESEARCH LABORATORY
## SIGNAL & IMAGE PROCESSING DIVISION

DATE: *4 Aug. 04*    TIME: *1370*

TO: *Bruce Horton*

ORGANIZATION: _____

FAX: *702-516-3653* TEL #: *415-517-8165*

FROM: AMSRD-ARL-SE-S

FAX: (301) 394-5410

NUMBER OF PAGES (INCLUDING COVER SHEET) *4*

### MESSAGE:

*Bruce,*
*Any questions give me a call.*
*Have a safe trip.*

*Pat*


EXHIBIT
1

AUG-04-2004 WED 03:34 PM GALO TRAVEL OFFICE          FAX NO. 301 394 4423          P. 01/02

P. 1
P. 01/02
Aug 04 04 02:58P
AUG-04-2004 WED 02:57 PM GALO TRAVEL OFFICE          FAX NO. 301 394 4423



**DEPARTMENT OF THE ARMY**
US ARMY RESEARCH, DEVELOPMENT AND ENGINEERING COMMAND
ARMY RESEARCH LABORATORY
2800 POWDER MILL ROAD
ADELPHI MD 20783-1197

Date: August 4, 2004
Travel Order Number: HOR4971TL42587

Transportation Office

Mr. Bruce Horton
5549 Jefferson Avenue
Redwood, CA 94062

SSN: 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

Dear Mr. Horton:

You are invited to proceed from Redwood, CA, in time to arrive in Adelphi, MD to attend the Technical Interchange Meeting. Travel is authorized for 3 days (beginning August 5, 2004). Upon completion of this mission, you are required to return to your point of origin.

Travel by continental air is authorized. Authorized use of lowest cost commercial rental car.

Travel regulations prescribe a per diem allowance of $211.00 ($150.00 Lodging, $51.00 M&IE). Your lodging, meals and incidental expenses must travel the per diem allowance. Receipts will be required to substantiate your claim for the cost of transportation and subsistence items in excess of $75.00. Receipts for lodging and rental car are required regardless of amount.

Enclosed PMS Form 2251, Direct Deposit, should be completed and submitted with your travel reimbursement claim. Although use of the form is not mandatory, failure to comply may cause an untimely delay of your travel reimbursement claim. Reimbursement claim is to be submitted using DD Form 1351-2, to your ARL sponsor/point of contact for processing.

If you have any questions regarding your travel, please address your inquiries to the ARL/ALC Transportation Office (301) 394-5688. All voucher reimbursement questions should be directed to the Management Accounting Branch (301) 394-1877.

The travel authorized herein has been determined to be in the public interest and is chargeable to: Fund Cite: 2142040 8N4N7G 888S4847I42 21T121T2 HOR4971TL42587 4NESTT XOW258AM S18129.          GS57013-H30

Donna S Blanchosky

Connie M. Lucas
Transportation Officer

CrocHoxton
8/4/04  $1,209.00
Budget Amount
Per Diem:        $ 202.00
Travel:          $ 900.00
OTHER            $ 100.00
TOTAL:           $1202.00

Faxed 8/4/04 ccm



**DEPARTMENT OF THE ARMY**
US ARMY RESEARCH, DEVELOPMENT AND ENGINEERING COMMAND
ARMY RESEARCH LABORATORY
2800 POWDER MILL ROAD
ADELPHI MD  20783-1197

Transportation Office

Date:  August 4, 2004
Travel Order Number:  HOR1371TL42587

Mr. Bruce Horton
3546 Jefferson Avenue
Redwood, CA  94062

SSN: 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

Dear Mr. Horton:

You are invited to proceed from Redwood, CA, in time to arrive in Adelphi, MD to attend the Technical Interchange Meeting.  Travel is authorized for 2 days (beginning August 5, 2004).  Upon completion of the mission, you are required to return to your point of origin.

Travel by commercial air is authorized.  Authorized use of lowest cost commercial rental car.

Travel regulations prescribe a per diem allowance of $201.00 ($150.00 Lodging; $51.00 M&IE).  Your lodging, meals and incidental expenses must meet the per diem allowance.  Receipts will be required to substantiate your claim for the cost of transportation and subsistence items in excess of $75.00.  Receipts for lodging and rental car are required regardless of amount.

Enclosed FMS Form 2231, Direct Deposit, should be completed and submitted with your travel reimbursement claim.  Although use of the form is not mandatory, failure to comply may cause an untimely delay of your travel reimbursement claim.  Reimbursement claim is to be submitted using DD Form 1351-2, to your ARL sponsor/point of contact for processing.

If you have any questions regarding your inquiries, please address your inquiries to the ARL/ALC Transportation Office (301) 394-5959.  All voucher reimbursement questions should be directed to the Management Accounting Branch (301) 394-1877.

The travel authorized herein has been determined to be in the public interest and is chargeable to:  Fund cite: 2142040 5N-5N7C ~~S301420.4142~~ 21T1/21T2 HOR1371TL42587 4NE5TT XDW252AA S18129.                      6586618.H20

_Donna Blomkinsky_
Connie M. Lucas
Transportation Officer

# FUNDS AVAILABLE!

_CarolLewis_
8/4/04  $1,202.00
Budget Analyst

| Per Diem: | $ 202.00 |
| Travel: | $ 900.00 |
| Other: | $ 100.00 |
| TOTAL: | $1202.00 |

_Faxed 8/4/04  CLm_

Printed on ♻ Recycled Paper

# TRAVEL VOUCHER OR SUBVOUCHER

Read Privacy Act Statement, Penalty Statement, and Instructions on back before completing form. Use typewriter, Ink, or ball point pen. PRESS HARD, DO NOT use pencil. If more space is needed, continue in remarks.

**1. PAYMENT**

- Electronic Fund Transfer (EFT)
- Payment by Check
- Split Disbursements Amount to Government Travel Charge Card $

**2. NAME (Last, First, Middle Initial) (Print or type)**
HORTON, Bruce

**3. GRADE**

**4. SSN**
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

**5. TYPE OF PAYMENT (X as applicable)**
- X TDY
- PCS
- Dependent(s)
- Member/Employee
- Other
- DLA

**6. ADDRESS. a. NUMBER AND STREET**
3546 Jefferson Avenue

**b. CITY**
Redwood

**c. STATE** CA

**d. ZIP CODE** 94062

**e. E-MAIL ADDRESS.**

**7. DAYTIME TELEPHONE NUMBER & AREA CODE**
415-517-8165

**8. TRAVEL ORDER NUMBER**
HOR1371TL42587

**9. PREVIOUS GOVERNMENT PAYMENTS/ ADVANCES**

**10. FOR D.O. USE ONLY**
a. D.O. VOUCHER NUMBER
b. SUBVOUCHER NUMBER

**11. ORGANIZATION AND STATION**

**12. DEPENDENT(S) (X and complete as applicable)**
- ACCOMPANIED
- UNACCOMPANIED
- a. NAME (Last, First, Middle Initial)
- b. RELATIONSHIP
- c. DATE OF BIRTH OR MARRIAGE

**13. DEPENDENTS' ADDRESS ON RECEIPT OF ORDERS (Include Zip Code)**

c. PAID BY

**14. HAVE HOUSEHOLD GOODS BEEN SHIPPED? (X one)**
- YES
- NO (Explain in Remarks)

d. COMPUTATIONS

**15. ITINERARY**

| a. DATE | b. PLACE (Home, Office, Base, Activity, City and State, City and Country, etc.) | c. MEANS/ MODE OF TRAVEL | d. REASON FOR STOP | e. LODGING COST | f. POC MILES |
|---|---|---|---|---|---|
| 8/5 DEP | | | | | |
| ARR | | | | | |
| DEP | | | | | |
| ARR | | | | | |
| DEP | | | | | |
| ARR | | | | | |
| DEP | | | | | |
| ARR | | | | | |
| DEP | | | | | |
| ARR | | | | | |
| DEP | | | | | |
| ARR | | | | | |
| DEP | | | | | |
| ARR | | | | | |

**e. SUMMARY OF PAYMENT**

- (1) Per Diem
- (2) Actual Expense Allowance
- (3) Mileage
- (4) Dependent Travel
- (5) DLA
- (6) Reimbursable Expenses
- (7) Total
- (8) Less Advance
- (9) Amount Owed
- (10) Amount Due

**16. POC TRAVEL (X one)**
- OWN/OPERATE
- PASSENGER

**17. DURATION OF TDY TRAVEL**
- 12 HOURS OR LESS
- MORE THAN 12 HOURS BUT 24 HOURS OR LESS
- X MORE THAN 24 HOURS

**18. REIMBURSABLE EXPENSES**

| a. DATE | b. NATURE OF EXPENSE | c. AMOUNT | d. ALLOWED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**19. GOVERNMENT/DEDUCTIBLE MEALS**

| a. DATE | b. NO. OF MEALS | a. DATE | b. NO. OF MEALS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**20.a. CLAIMANT SIGNATURE**

**b. DATE**

**c. SUPERVISOR SIGNATURE**

**d. DATE**

**21.a. APPROVING OFFICER SIGNATURE**

**b. DATE**

**22. ACCOUNTING CLASSIFICATION**
2142040 6N-6N70 622618.H80 21T1/21T2 HOR1371TL42587 4NE5TT XDW262AA

**23. COLLECTION DATA**

| 24. COMPUTED BY | 25. AUDITED BY | 26. TRAVEL ORDER POSTED BY | 27. RECEIVED (Payee Signature and Date or Check No.) | 28. AMOUNT PAID |
|---|---|---|---|---|
| | | | | |

**DD FORM 1351-2, JUL 2002**    PREVIOUS EDITION IS OBSOLETE.    Exception to SF 1012 approved by GSA/IRMS 12-91.

## PRIVACY ACT STATEMENT

AUTHORITY: 5 U.S.C. Section 5701, 37 U.S.C. Sections 404 - 427, 5 U.S.C. Section 301, DoDFMR 7000.14-R, Vol. 9, and E.O. 9397.

PRINCIPAL PURPOSE(S): This record is used for reviewing, approving, accounting, and disbursing money for claims submitted by Department of Defense (DoD) travelers for official Government travel. The Social Security number (SSN) is used to maintain a numerical identification filing system for filing and retrieving individual claims.

ROUTINE USE(S): Disclosures are permitted under 5 U.S.C. 552a(b), Privacy Act of 1974, as amended. In addition, information may be disclosed to the Internal Revenue Service for travel allowances, which are subject to Federal income taxes, and for any DoD "Blanket Routine Use" as published in the Federal Register.

DISCLOSURE: Voluntary; however, failure to furnish the information requested may result in total or partial denial of the amount claimed.

## PENALTY STATEMENT

There are severe criminal and civil penalties for knowingly submitting a false, fictitious, or fraudulent claim (U.S. Code, Title 18, Sections 287 and 1001 and Title 37, Section 3729).

## INSTRUCTIONS

### ITEM 1 - PAYMENT

Member must be on electronic funds (EFT) to participate in split disbursement. Split disbursement is a payment method by which you may elect to pay your official travel card bill and forward the remaining settlement dollars to your predesignated account. For example, $250.00 in the "Amount to Government Travel Charge Card" block means that $250.00 of your travel settlement will be electronically sent to the charge card company. Any dollars remaining on this settlement will automatically be sent to your predesignated account. Should you elect to send more dollars than you are entitled, "all" of the settlement will be forwarded to the charge card company. Notification: you will receive your regular monthly billing statement from the Government Travel Charge Card contractor; it will state: paid by Government, $250.00, 0 due. If you forwarded less dollars than you owe, the statement will read as: paid by Government, $250.00, $15.00 now due. Payment by check is made to travelers only when EFT payment is not directed.

### REQUIRED ATTACHMENTS

1. Original and/or copies of all travel orders and amendments, as applicable.
2. Two copies of dependent travel authorization if issued.
3. Copies of secretarial approval of travel if claim concerns parents who either did not reside in your household before their travel and/or will not reside in your household after travel.
4. Copy of GTR, MTA or ticket used.
5. Hotel/motel receipts and any item of expense claimed in an amount of $75.00 or more.
6. Other attachments will be as directed.

### 29. REMARKS

INDICATE DATES ON WHICH LEAVE WAS TAKEN:

### ITEM 15 - ITINERARY - SYMBOLS

15c. MEANS/MODE OF TRAVEL (Use two letters)

| | | | | |
|---|---|---|---|---|
| GTR/TKT. | -T | Automobile | -A |
| Government Transportation | -G | Motorcycle | -M |
| Commercial Transportation | | Bus | -B |
| (Own expense) | -C | Plane | -P |
| Privately Owned | | Rail | -R |
| Conveyance (POC) | -P | Vessel | -V |

15d. REASON FOR STOP

| | | | |
|---|---|---|---|
| Authorized Delay | -AD | Leave En Route | -LV |
| Authorized Return | -AR | Mission Complete | -MC |
| Awaiting Transportation | -AT | Temporary Duty | -TD |
| Hospital Admittance | -HA | Voluntary Return | -VR |
| Hospital Discharge | -HD | | |

### ITEM 15e. LODGING COST

Enter the total cost for lodging.

### ITEM 18 - DEDUCTIBLE MEALS

Meals consumed by a member/employee when furnished with or without charge incident to an official assignment by sources other than a government mess (see JFTR, par, U4125-A3g and JTR, par, C4554-B for definition of deductible meals). Meals furnished on commercial aircraft or by private individuals are not considered deductible meals.

DD FORM 1351-2 (BACK), JUL 2002

FAIRFIELD INN-CAPITAL BEL
4050 POWDER MILL RD
BELTSVILLE MD 20705
301-572-7100



BRUCE HORTON
3546 JEFFERSON AVE
REDWOOD CA 94062

LEISURE

| | |
|---|---|
| Room: | 303        BARA |
| Room Type: | KING |
| No. Of Guests: | 1 |
| Rate: | 109.00 |
| Clerk: | |

Arrive  05Aug04   Time  11:09p  Depart 06Aug04   Time          Folio#  EO-58523

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| Aug04 | RP303 | ROOM CHARGE | 109.00 | |
| Aug04 | T1303 | Occupancy Sales Ta | 5.45 | |
| Aug04 | T2303 | State Occupancy Ta | 5.45 | |
| Aug04 | VI303 | VISA | | 119.90- |

```
************************************
* Your VISA card on file          *
* will be charged $  119.90        *
************************************
```

          **    BALANCE   **                    .00


          **  **  **  **  **

# Itinerary - Printable By Category

## Itinerary
BRUCE HORTON
Reservation code: FQJZNV

Print this page | Close window | Help

Travel Arranger Priority Comments:
TICKET CHARGED TO.....111804
THIS TICKET WAS PAID USING A CBA
NO REIMBURSEMENT IS AUTHORIZED.
YOUR AIRFARE ON 04AUG AT 1604 IS 900.20

### FLIGHTS

Thu, Aug 5: UNITED AIRLINES, UA 0186

From: SAN FRANCISCO, CA (SFO)
Departure Terminal: TERMINAL 3
To: WASHINGTON DULLES, DC (IAD)
Class: Economy
Status: Confirmed
Meal: Breakfast
Aircraft: AIRBUS JET
Flight Time: 5 hours and 29 minutes

Departs: 8:40am

Arrives: 5:09pm
Seat: Check-In Required
Confirmation: NZLN2A
Smoking: No
Mileage: 2426

Verify flight times prior to departure

Sun, Aug 8: UNITED AIRLINES, UA 0669

From: WASHINGTON DULLES, DC (IAD)
To: SAN FRANCISCO, CA (SFO)
Arrival Terminal: TERMINAL 3
Class: Economy
Status: Confirmed
Meal: Breakfast
Aircraft: BOEING 757 200 SERIES JET
Flight Time: 5 hours and 50 minutes

Departs: 8:45am
Arrives: 11:35am

Seat: 14D
Confirmation: NZLN2A
Smoking: No
Mileage: 2426

Verify flight times prior to departure

### CAR

Thu, Aug 5-Sun, Aug 8: BUDGET RENT A CAR

Pick Up: WASHINGTON DULLES, DC (IAD)
Drop Off: WASHINGTON DULLES, DC (IAD)
Car Type: Compact Car Automatic AC
Status: Confirmed
Rate Info: Guaranteed
Client ID #:
Telephone:

Pick Up Date/Time: Aug 5/509P
Drop Off Date/Time: Aug 8/8:45am
Car(s): 1
Confirmation: 01924168US1
Rate Code: 7F
Corp Discount #: T788300
Fax:

| Rate Plan: 3 Days, 0 Hours | USD | MI/KM | Extra MI/KM |
|---|---|---|---|
| Daily | 30.00 | UNL | 0.00 |
| Extra Hour | 10.00 | UNL | 0.00 |
| Extra Day | 60.00 | UNL | 0.00 |
| Mandatory Charges | 35.00 | | |
| Approx Total Price | 126.26 | UNL | 0.00 |

OTHER
Fri, Feb 4:

      Status: Confirmed
    Information: THANK YOU FOR CALLING CARLSON WAGONLIT TRAVEL

ARRANGER REMARKS
  Notes: YOUR PERSONAL ID CODE IS--S/G23A-NCR
      WHEN YOU RECEIVE AN AIRPORT CREDIT YOU NEED TO PROVIDE
      A COPY OF THE REFUND TO TRAVEL WITH A COPY OF YOUR
      ORDERS AND ORGINAL INVOICE
      CARRY YOUR TRAVEL ORDERS TO ENSURE GOVT RATES.
      **

      DURING BUSINESS HOURS PLS CALL**SAM**AT 301-394-1446
      TOLL FREE NUMBER DURING DUTY HOURS 1-800-709-2190
      AFTER NORMAL BUSINESS HOURS PLS CALL 800-383-5732
      NATIONAL CAPITOL REGION -ADELPHI LABS
      CARRY YOUR TRAVEL ORDERS TO ENSURE GOVT RATES.
      ...TRAVEL ORDERS MUST BE PROVIDED TO CARLSON WAGONLIT
      ...BEFORE AIRLINE TICKETS CAN BE ISSUED.
      RESERVED SEATS SUBJECT TO CANCEL 30MIN PRIOR TO FLIGHT
      FOR BAGGAGE RESTRICTIONS CHECK SPECIFIC AIRLINES
      FARE-ASO YCAIAD
      FARE-ASO YCAIAD

Copyright and Trademark Notices

Sabre
virtually
there

# Budget

241086823

Budget Rent A Car System, Inc.

```
23360 AUTOPILOT DRIVE        STERLING, VA, 20166, US                    2324
RENTED: 05AUG04/1616   AT: DULLES AIRPORT    PHONE: 703-437-9559    450921
RETURN: 00AUG04/0646   AT: DULLES AIRPORT    RATE: 7F/Z    TIME:   2 DY  12 HR
DUE IN: 08AUG04/0045   AT: DULLES AIRPORT    MIN   1 DAY
                                             MAX  100 HRS
                                                       0 MI @      .25
X                                                      0 HR @    10.57
) RETURN(( RA DOCUMENT 620440774                       3 DY @    32.00     96.00
ARB 7 5 9 8 0 8 0    GRP Z                             0 WK @   224.00
                                                       0 MO @      .00
I OUT:23846        MI IN: 23910                 7F/Z   64FM
OTAL MILES DRIVEN:  64                        TIME & MILEAGE          =     96.00
LATES.TN POWB95       FUEL OUT: 8/8           FUEL SERVICE:    .2124/MI
HI CHEV CAVA 4DR      FUEL IN: 7/8                             5.099/GAL
                   ******OPTIONAL SERVICES******    * $.41/DY FEE    +      1.23
ETHOD OF PAYMENT: VISA                              **10.00% FEE     +      9.60
HONE:415.517.8165         LDW:    20.99/DAY DECLINED  SUBTOTAL            105.83
RIVERS-LIC# USCAXXXXX9092  PAE:    4.95/DAY DECLINED  TAX  10.000%     +    10.58.
ATE OF BIRTH: 26JUL65      EBP:    4.00/DAY DECLINED  FUEL SERVICE CHARGE  +  13.59
CO# 7788300               SLI:   11.95/DAY DECLINED  GARB $ 5.00/DAY     +    15.00
ENAR(S:20577026911                                   TOTAL CHARGES          146.10
A DOCUMENT 620440774                                 AMOUNT DUE  CV  USD    146.10.
                                                    *VEHICLE LICENSE FEE
                                                    **CONCESSION RECOVERY FEE
```

HORTON, BRUCE
3546 JEFFERSON AVE
REDWOODCITY, CA, 94062, US

---

—NOTICES—————NOTICES————NOTICES————NOTICES————NOTICES————NOTICES————NOTICES
**THE AMOUNT THAT APPEARS IN "AMOUNT DUE" HAS BEEN         ***IF CAR IS RETURNED WITH LESS FUEL THAN WHEN RENTED
ILLED TO YOUR VISA CARD.                                  A SERVICE CHARGE APPLIES.
**ALL CHARGES ARE SUBJECT TO AUDIT AND CHANGE IF ANY      ***I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS
RRORS ARE FOUND.                                          SHOWN ON THIS RENTAL DOCUMENT AND ON THE SEPARATE
**FOR LOCAL INQUIRIES CALL 703-437-9559, ALL OTHER        RENTAL DOCUMENT JACKET DELIVERED TO ME WITH THIS
NQUIRIES CALL 800-621-2844.                               RENTAL DOCUMENT.
**THANK YOU FOR RENTING FROM BUDGET.
**MINIMUM CHARGE IS 1 DAY (24 HRS) PLUS MILEAGE.          X_____
SBB/0EC2/04221/06:46/0
                                                          PREPARED BY: 74792              RENTAL #620440774
                                                                                          RES # 01924168-US-1B
                                                                                          CLOSED BY: 74346

# *Visitor's Guide*

## to the Army Research Laboratory at Adelphi



Adelphi Laboratory Center
2800 Powder Mill Road
Adelphi, MD, 20783-1197

*Fairfield Inn*

301-572-7100



## DIRECTIONS

FROM BWI AIRPORT: Take I-95 south toward Washington. Take the Calverton Exit 29B. Stay on Powder Mill Road for approximately three miles. ARL is located on the right.

FROM WASHINGTON NATIONAL AIRPORT: Drive north on the George Washington Memorial Parkway to the Capital Beltway (I-495) and turn east toward Maryland. Take the New Hampshire Avenue / North-White Oak Exit 28. Turn right onto Powder Mill Road. Make a left at the next two traffic lights. ARL is located on the left.

FROM DULLES INTERNATIONAL AIRPORT: Take the access road to the Capital Beltway (I-495) and go north toward Maryland. Take the New Hampshire Avenue / North-White Oak Exit 28. Turn right onto Powder Mill Road. Make a left at the next two traffic lights. ARL is located on the left.

**EXHIBIT 2**

ARL 05-05

# Representation Letter

This letter memorializes the intent of Mr. Bruce Kelley Horton of Redwood City, California, hereinafter the "INVENTOR," the U.S. Army Research Laboratory (ARL), an instrumentality of the United States Government (USG), together the "PARTIES," and an ARL employee, Mr. Stephen M. Bloor, a patent attorney, hereinafter the "PATENT ATTORNEY" holding USPTO license number 39,612, as regards an invention of the inventor entitled "Acoustic Propagation Methods," assigned ARL patent disclosure docket number "ARL 05-05," hereinafter the "INVENTION," to be filed as described below as a patent application, hereinafter the "PATENT APPLICATION."

It is understood that it is in the best interest of the PARTIES and that the PARTIES wish mutually to protect the INVENTION. The INVENTOR desires to enter into a licensing or assignment arrangement with the USG and the USG through the ARL also desires to enter into such an arrangement. Both PARTIES understand that the value and usefulness of the INVENTION are contingent upon secrecy.

It is therefore agreed that the USG will file a PATENT APPLICATION at USG expense, that the USG will prosecute the PATENT APPLICATION through filing and handle all USPTO actions for one year after filing. The PATENT ATTORNEY or his USG replacement will represent the INVENTOR in this matter only and that such representation will terminate 1 year after the PATENT APPLICATION is filed with the USPTO unless other arrangements are made.

The INVENTOR has been advise by the PATENT ATTORNEY that the USG can use this or any other invention without permission at its will and that no injunctive relief or punitive damages are available against the USG in accordance with 28 U.S.C. §1498.

The INVENTOR acknowledges and has been advised that:

i.    This document may be discussed with counsel of his own choosing;

ii.   The USG will almost certainly put this INVENTION, this PATENT APPLICATION, or any patent application in this field under a secrecy order in accordance with 35 U.S.C. §181, which may and very likely will, depending upon accesses of USPTO personnel, delay final prosecution of the subject PATENT APPLICATION for a considerable period. This period may well exceed the remaining life expectance of principals involved. Also, the secrecy order will prohibit any foreign filing while in force;

iii.  All title and all other rights to the INVENTION and PATENT APPLICATION remain with the INVENTOR unless and until other arrangements are made; and



iv. The PATENT ATTORNEY, or his designated USG substitute, will effectively file and prosecute the PATENT APPLICATION for 1 year from date of filing and will make responses to USPTO actions mailed within that year.

INVENTOR understands that PATENT ATTORNEY is a USG employee acting on the mutual behalf of the USG and INVENTOR for the filing and prosecution of this PATENT APPLICATION only and that the **PATENT ATTORNEY IS NOT INVENTOR'S ATTORNEY FOR ANY OTHER PURPOSE**, including negotiation of licenses or assignments of this INVENTION or PATENT APPLICATION.

INVENTOR acknowledges that he has been advised that he may obtain attorney or other representation at his own expense for these other matters, including negotiation of any arrangements, licenses, or assignments related to this INVENTION and PATENT APPLICATION.

_Bruce K Horton_          9 Dec '04

Mr. Bruce Kelley Horton,
INVENTOR

_[signature]_          9 Dec 04

Mr. Stephen M. Bloor,
PATENT ATTORNEY
U.S. Army Research Laboratory

**EXHIBIT 3**

Return to T-Mobile.com

# My T · Mobile



Not Your Phone?    Tour My T-Mobil



Hello: BRUCE HORTON
4155178165
[·]MY PROFILE   ⟩ Logout

⟩ Sidekick, Color

| ASK T-MOBILE | | SEAR |

□ , □ , □ , □ , □ , □ ,     ┌ Settings  ┌ Help  ┌ Download Intellisync

□ □  Email: Read Message: Bloor, Stephen M. (Civ,...: Re: Patent Filing                    Wednesday, July 9, 2008

⟩ **New Message**
⟩ **New Folder**

– Inbox
–. MTV
✓ **Saved (6)**
– **Drafts (78)**
– **Sent (empty)**
✓ **Trash (4)**

✓ **Empty Trash**
✓ **Fetch Email**

✓ **Accounts**
✓ **Settings and Folders**

| Reply | Reply All | Forward |  Move to | Inbox | Go! | Discard |

Previous | Inbox: 365 messages | Next      Printer-Friendly Version

Date  Tue, 22 Feb 2005 23:07:55 -0500 Show full headers

From  Bloor, Stephen M. (Civ, ARL/ADLO) <sbloor@arl.army.mil>   | Add to Address Book |

To  <bh@brucehorton.com>

Subject  Re: Patent Filing

Bruce!
Still waiting on drawings but SOON.
Back 28th,
V/R,
S

Sent via ARL's wireless network

Stephen M. Bloor
Intellectual Property Counsel
U.S. Army Research Laboratory
ATTN: AMSRD-ARL-D-IP
2800 Powder Mill Road
Adelphi, Maryland 20783-1197
(301) 394-1585
(301) 394-3972 fax
DSN 290-1585; x8972fax
Bldg. 205, Room 3E026
@APG (410) 278-3412, DSN 298
@APG, Bldg. 434, Room 118A

——Original Message——
From: Bruce Horton <bh@brucehorton.com>
To: Bloor, Stephen M. (Civ, ARL/ADLO) <sbloor@arl.army.mil>
Sent: Tue Feb 22 17:05:44 2005
Subject: Patent Filing

Steve,

I didn't receive anything from you last week.  Did  you file as
planned?

Best Regards,

--Bruce Horton   //Please remove my old Hotmail address from your
records.
http://brucehorton.com (phone, PGP Key, etc).

**EXHIBIT**
3
tabbies'

Previous | Inbox: 365 messages | Next



Move to

opyright © 2008 Danger, Inc. | Legal Notices

tore Locator | Support | Contact Us | Coverage | Refer a Friend
-Mobile.com : ©2002-2004 T-Mobile USA, Inc. | Terms of Use | Terms & Conditions | Return Policy | Privacy Policy

Return to T-Mobile.com

Not Your Phone?     Tour My T-Mobi

# My T· ·Mobile·





Hello: BRUCE HORTON
4155176165
☆ MY PROFILE   ☆ Logout

☆ Sidekick, Color

ASK T-MOBILE   |   SEAR

⊞ ; ⊞ ; ⊞ ; ⊞ ; ⊞ ; ⊞ ; ⊞ ; ⊡   · Settings  · Help  · Download Intellisync

⊞ ⊞   Email: Read Message: Bloor, Stephen M. (Civ,..: RE: When to call?          Wednesday, July 9, 2008

- **New Message**
- **New Folder**

- **Inbox**
- **MTV**
- **Saved (5)**
- **Drafts (78)**
- **Sent (empty)**
- **Trash (4)**

- **Empty Trash**
- **Fetch Email**

- **Accounts**
- **Settings and Folders**

【Reply】【Reply All】【Forward】  Move to 【Inbox】【Go】【Score】

Previous | Inbox: 365 messages | Next      Printer-Friendly Version

Date  28 Mar 2005 13:43:27 -0800Mon, 28 Mar 2005 16:43:10 -0500 Show full headers

From  Bloor, Stephen M. (Civ, ARL/ADLO) <sbloor@arl.army.mil>



To  Bruce Horton <bh@brucehorton.com>

Subject  Re: When to call?

I should be at my APG number on Wednesday from 10 -4 EST.  Sure this is
not something you should talk to John about.

V/R,

S

---

Stephen M. Bloor
Intellectual Property Counsel
U.S. Army Research Laboratory
ATTN: AMSRD-ARL-D-IP
2800 Powder Mill Road
Adelphi, Maryland 20783-1197
(301) 394-1595
(301) 394-3972 fax
DSN 290-1595; x3972fax
Bldg, 205, Room 3E026
@APG (410) 278-3412, DSN 298
@APG, Bldg. 434, Room 118A

---

-----Original Message-----
From: Bruce Horton [mailto:bh@brucehorton.com]
Sent: Monday, March 28, 2005 12:05 PM
To: Bloor, Stephen M. (Civ, ARL/ADLO)
Subject: When to call?


Steve,

I need 5 or 10 minutes with you on the phone.
When is it most convenient for you?

Best Regards,

--Bruce Horton   //Please remove my old Hotmail address from your

records,
http://brucebarlon.com (phone, PGP Key, etc).

Previous | Inbox: 365 messages | Next

 Move to

Copyright© 2008 Danger, Inc. | Legal Notices

Store Locator | Support | Contact Us | Coverage | Refer a Friend
-Mobile.com | ©2002-2004 T-Mobile USA, Inc. | Terms of Use | Terms & Conditions | Return Policy | Privacy Policy

Return to T-Mobile.com

Not Your Phone?          Tour My T-Mobil

# My T· ·Mobile·





Hello: BRUCE HORTON
4155176165
► MY PROFILE  ► Logout

► Sidekick, Color

ASK T-MOBILE    SEAR

🖾 | 🖾 | 🖾 🖾 | 🖾 | 🖾 | 🖾 | ► Settings ► Help ► Download Intellisync

🖾 🖾  Email: Read Message: Bloor, Stephen M. (Civ,...; RE: Patent office difficulties?          Wednesday, July 9, 2008

| New Message | Reply   Reply All   Forward  Move to  Inbox  Go  Discard |

► New Folder

⌐ Inbox                    Previous | Inbox: 365 messages | Next       Printer-Friendly Version
— MTV
⌐ Saved (5)               Data  12 Apr 2005 11:47:28 -0700Tue, 12 Apr 2005 14:47:13 -0400 Show full headers
— Drafts (78)
— Sent (empty)            From  Bloor, Stephen M. (Civ, ARL/ADLO) <sbloor@arl.army.mil>   
⌐ Trash (4)
                            To  Bruce Horton <bh@brucehorton.com>
⌐ Empty Trash
⌐ Fetch Email            Subject  Re: Patent office difficulties?

⌐ Accounts
⌐ Settings and Folders    Bruce: Your application has been sitting for two weeks – nothing
                          holding it but security.

                          I spoke with security – seems the only person who could have had you
                          sign something is overseas – could take some time.

                          This is very frustrating for me also.

                          I'll keep you informed.

                          V/R,

                          s




                          Stephen M. Bloor
                          Intellectual Property Counsel
                          U.S. Army Research Laboratory
                          ATTN: AMSRD-ARL-O-IP
                          2800 Powder Mill Road
                          Adelphi, Maryland 20783-1197
                          (301) 394-1695
                          (301) 394-3972 fax
                          DSN 290-1595; x3972fax
                          Bldg, 205, Room 3E028
                          @APG (410) 278-3412, DSN 298
                          @APG, Bldg, 434, Room 118A


                          ——Original Message——
                          From: Bruce Horton [mailto:bh@brucehorton.com]
                          Sent: Tuesday, April 12, 2005 2:15 PM
                          To: Bloor, Stephen M. (Civ, ARL/ADLO)
                          Subject: Patent office difficulties?


                          Steve,

1) Is the patent office move still holding things
up or do we have a new hurdle?  Can you drop
me a quick line to let me know what's happening?  I'll be out of the
country in a few
weeks and would like to have some sort of resolution on this before I
leave.

2) Also, any luck finding the paper I signed?

Best Regards,

--Bruce Horton    //Please remove my old Hotmail address from your
records.
http://brucehorton.com (phone, PGP Key, etc).


Previous [ Inbox: 365 messages | Next

 Move
to 

Copyright © 2008 Danger, Inc. | Legal Notices

Store Locator | Support | Contact Us | Coverage | Refer a Friend
T-Mobile.com : ©2002-2004 T-Mobile USA, Inc. | Terms of Use | Terms & Conditions | Return Policy | Privacy Policy

Return to T-Mobile.com

Not Your Phone?          Tour My T-Mobile





Hello: BRUCE HORTON
4165178155
[× MY PROFILE]   × Logout
‡ Sidekick, Color

[ASK T-MOBILE]   [SEARCH]

   ‣ Settings ‣ Help ‣ Download Intellisync

Email: Read Message: Bloor, Stephen M. (Civ,...: ARL 05-05 filed          Wednesday, July 9, 2008

‣ New Message
‣ New Folder

   Move to [INBOX] [GO] [Discard]

− Inbox
− MTV
‣ Saved (5)
‣ Drafts (78)
‣ Sent (emoty)
‣ Trash (4)

‣ Empty Trash
‣ Fetch Email

Accounts
Settings and Folders

Previous | Inbox: 365 messages | Next          Printer-Friendly Version

Date  02 May 2008 10:46:07 -0700Mon, 2 May 2005 13:44:57 -0400 Show full headers

From · Bloor, Stephen M. (Civ, ARL/ADLO) <sbloor@arl.army.mil>   

To · <blu@brucehorton.com>

Subject  ARL 05-05 filed

Filed few minutes ago @ PTO.
Details as they become available.
Congratulations,
V/R,
s

——————
Sent via ARL's wireless network.

——
Stephen M. Bloor
Intellectual Property Counsel
U.S. Army Research Laboratory
ATTN: AMSRD-ARL-O-IP
2800 Powder Mill Road
Adelphi, Maryland 20783-1197
(301) 394-1595
(301) 394-3972 fax
DSN 290-1595; x3972fax
Bldg. 205, Room 8E026 .
@APG (410) 278-3412, DSN 298
@APG, Bldg, 434, Room 118A

Previous | Inbox: 365 messages | Next

[Reply] [Reply All] [Forward] Move to [INBOX] [GO] [Discard]
 

Copyright © 2008 Danger, Inc. | Legal Notices

Return to T-Mobile.com



Not Your Phone?          Tour My T-Mobil

  Hello: BRUCE HORTON
4155178165

> MY PROFILE    > Logout

> Sidekick, Color

[ ASK T-MOBILE ]    [ SEAR

  · Settings  · Help  · Download Intellisync

  Email: Read Message: Bloor, Stephen M. (Clv,...; RE: ARL 05-05 filed                    Wednesday, July 9, 2008

**New Message**
**New Folder**

Previous | Inbox: 365 messages | Next        Printer-Friendly Version

Inbox            Date  09 May 2005 12:15:55 -0700Mon, 9 May 2005 15:14:08 -0400 Show full headers

MTV

Saved [5]         From  Bloor, Stephen M. (Clv, ARL/ADLO) <sbloor@arl.army.mil>       [ Add to Address Book ]

Drafts (78)

Sent (empty)        To  Bruce Horton <bh@brucehorton.com>

Trash (4)
                Subject  Re: ARL 05-05 filed

**Empty Trash**
**Fetch Email**      Bruce:  Welcome back.  Details = serial number.  I'll let your know when
                 I get a serial number.
Accounts
Settings and Folders.  V/R,

                 s


                 Stephen M. Bloor
                 Intellectual Property Counsel
                 U.S. Army Research Laboratory
                 ATTN: AMSRD-ARL-O-IP
                 2800 Powder Mill Road
                 Adelphi, Maryland 20783-1197
                 (301) 394-1585
                 (301) 394-3972 fax
                 DSN 290-1585; x3972fax
                 Bldg. 205, Room 3E026
                 @APG (410) 278-3412, DSN 298
                 @APG, Bldg. 434, Room 118A


                 ----Original Message----
                 From: Bruce Horton [mailto:bh@brucehorton.com]
                 Sent: Monday, May 09, 2005 3:07 PM
                 To: Bloor, Stephen M. (Clv, ARL/ADLO)
                 Subject: Re: ARL 05-05 filed


                 Steve,

                 I just got back from my trip...

                 So it's filed! That is great news.  And, thanks for your efforts.  They
                 are appreciated.

                 BTW, to what "details" do you refer?

Best regards,

–Bruce

On Mon, 2 May 2005 10:48am, Bloor, Stephen M. (Civ, ARL/ADLO) wrote:
> Filed few minutes ago @ PTO.
> Details as they become available.
> Congratulations,
> V/R;
> s
> _____
> Sent via ARL's wireless network.
>
> ——
> Stephen M. Bloor
> Intellectual Property Counsel
> U.S. Army Research Laboratory
> ATTN: AMSRD-ARL-D-IP
> 2800 Powder Mill Road
> Adelphi, Maryland 20783-1197
> (301) 394-1895
> (301) 394-3972 fax
> DSN 290-1895; x3972fax
> Bldg. 205, Room 3E026
> @APG (410) 278-3412, DSN 298
> @APG, Bldg. 434, Room 118A
Best Regards,

–Bruce Horton    //Please remove my old Hotmail address from your records.
http://brucehorton.com (phone, PGP Key, etc),


Previous | Inbox: 365 messages | Next



Move to

Copyright © 2008 Danger, Inc. | Legal Notices

Store Locator | Support | Contact Us | Coverage | Refer a Friend
T-Mobile.com : ©2002-2004 T-Mobile USA, Inc. | Terms of Use | Terms & Conditions | Return Policy | Privacy Policy.

Return to T-Mobile.com

 **My T··Mobile·**

Not Your Phone?       Tour My T-Mobi

 Hello: BRUCE HORTON
4155176165
☒·MY PROFILE    ↗ Logout

↗ Sidekick, Color

[ASK T-MOBILE]   [SEAR]

        Settings  · Help · Download Intellisync

Email: Read Message: Bloor, Stephen M. (Civ,... : Serial Number

Wednesday, July 9, 2008

**New Message**

**New Folder**

- Inbox
- MTV
- Saved (5)
- Drafts (78)
- Sent (empty)
- Trash (4)

Empty Trash

Fetch Email

Accounts

Settings and Folders

[Reply] [Reply All] [Forward]   Move to [Inbox] [Go] [Discard]

Previous | Inbox: 365 messages | Next       Printer-Friendly Version

Date  11 May 2005 09:24:37 -0700Wed, 11 May 2005 12:23:27 -0400 Show full headers

From  Bloor, Stephen M. (Civ, ARL/ADLO)
      <sbloor@arl.army.mil>

To  Bruce Horton <bh@brucehorton.com>

Subject  Serial Number

Attachment  Stephen M Bloor (ARL-b).vcf text/x-vcard (729 bytes)

[Add to Address Book]

10/526,609

Bruce:
   Above, please find an unverified serial number.

   You should be aware that anyone having the combination of serial
number and filing date can claim to own the Application. That's why
this information is not being sent together.

Congratulations,

Steve

——
Stephen M. Bloor
Intellectual Property Counsel
U.S. Army Research Laboratory
ATTN: AMSRD-ARL-D-IP
2800 Powder Mill Road
Adelphi, Maryland 20783-1197
(301) 394-1695
(301) 394-3972 fax
DSN 290-1595; x3972fax
Bldg. 205, Room 3E026
@APG (410) 278-3412, DSN 298
@APG, Bldg. 434, Room 118A

Previous | Inbox: 365 messages | Next

[Reply] [Reply All] [Forward]   Move to [Inbox] [Go] [Discard]

Copyright © 2008 Danger, Inc. | Legal Notices

Store Locator | Support | Contact Us | Coverage | Refer a Friend
T-Mobile.com : ©2002-2004 T-Mobile USA, Inc. | Terms of Use | Terms & Conditions | Return Policy | Privacy Policy

Return to T-Mobile.com



Not Your Phone?          Tour My T-Mobi

# My T··Mobile·

  Hello: BRUCE HORTON
4155178165
[• MY PROFILE]   •· Logout

•· Sidekick, Color

[ASK T-MOBILE    ]   [SEAR

⬚ | ⬚ | ⬚ , ⬚ | ⬚ | ⬚ | ⬚ '   ·Settings  ·Help  ·Download Intellisync

⬚ ⬚   Email: Read Message: Bloor, Stephen M. (Civ,...: RE: Serial Number

Wednesday, July 9, 2008

**New Message**

**New Folder**

Inbox

MTV

Saved (5)

Drafts (78)

Sent (empty)

Trash (4)

**Empty Trash**

**Fetch Email**

Accounts

Settings and Folders

[Reply]  [Reply All]  [Forward]  Move to  [Inbox]  [Go]  [Discard]

Previous | Inbox: 365 messages | Next      Printer-Friendly Version

Date   12 May 2005 08:39:19 -0700CThu, 12 May 2005 09:39:27 -0400 Show full headers

From   Bloor, Stephen M. (Civ, ARL/ADLO) <pbloor@arl.army.mil>  [Add to Address Book]

To   Bruce Horton <bh@brucehorton.com>

Subject   Re: Serial Number

B:  See comments below.

V/R,

s

    ----
    Stephen M. Bloor
    Intellectual Property Counsel
    U.S. Army Research Laboratory
    ATTN: AMSRD-ARL-O-IP
    2800 Powder Mill Road
    Adelphi, Maryland 20783-1197
    (301) 394-1595
    (301) 394-3972 fax
    DSN 290-1595; x3972fax
    Bldg, 205, Room 3E028
    @APG (410) 278-3412, DSN 298
    @APG, Bldg, 434, Room 118A


    ----Original Message----
    From: Bruce Horton [mailto:bh@brucehorton.com]
    Sent: Wednesday, May 11, 2005 7:39 PM
    To: Bloor, Stephen M. (Civ, ARL/ADLO)
    Subject: Re: Serial Number


    Steve,

    1) What do you mean by "unverified"?  That you just got the number by
    phone but not a physical
    receipt?  Or something else?

    I got the number from a bill.  The PTO is amazingly quick at billing me but very slow in sending a receipt - so I have
    an electronic bill telling me I'm billed for a serial number filed on that date, with the correct docket number, BUT its.
    technically not official until we receive some paper correspondence.

2) As far as only needing the filing date & serial number, that seems
pretty insecure. Interesting,
though. But, because of the classification level, no one would be able
to request see it, I'm sure.

I hope you are correct.

3) Did you ever locate a copy of that paper that I signed? Nope. The guy who asked you to sign it has been
transferred (from what I understand) and no one here knows anything about it.

4) do I need to do anything now, or just wait a few weeks to receive the
secrecy order?.

Nothing for you to do. A few weeks - not hardly - I've never know the PTO to do anything in a few weeks but let me
know if you get it - there's always an exception. I expect you next action due at the PTO will be at least 20 years from
now.

Thanks,

-Bruce

On Wed, 11 May 2005 9:25am, Bloor, Stephen, M. (Civ, ARL/ADLO) wrote:
> 10/526,609
>
> Bruce;
>
> Above, please find an unverified serial number.
>
> You should be aware that anyone having the combination of serial
> number
> and filing date can claim to own the Application. That's why this
> information is not being sent together.
>
> Congratulations,
>
> Steve
>
> ——
>
> Stephen M. Bloor
> Intellectual Property Counsel
> U.S. Army Research Laboratory
> ATTN: AMSRD-ARL-O-IP
> 2800 Powder Mill Road
> Adelphi, Maryland 20783-1197
> (301) 394-1595
> (301) 394-3972 fax
> DSN 290-1595; x3972fax
> Bldg. 205, Room 3E026
> @APG (410) 278-3412, DSN 298
> @APG, Bldg. 434, Room 118A
>

Best Regards,

—Bruce Horton    //Please remove my old Hotmail address from your
records.
http://brucehorton.com (phone, PGP Key, etc).



Copyright © 2008 Danger, Inc. | Legal Notices

Return to T-Mobile.com

Not Your Phone?       Tour My T-Mobi



Hello: BRUCE HORTON
4155178165
[ MY PROFILE ]  Logout
Sidekick, Color



[ ASK T-MOBILE ]    SEAR

Settings · Help · Download IntelliSync

Email: Read Message: Morgan, Richard (Civ,...: RE: Thanks for returning my call                    Wednesday, July 8, 2008

New Message
New Folder



Reply | Reply All | Forward | Move to | Inbox | Go! | Discard

Inbox (3)
MTV
Saved (5)
Drafts (78)
Sent (empty)
Trash (4)

Previous | Inbox: 365 messages | Next        Printer-Friendly Version

Data  07 Dec 2005 04:42:11 -0800Wed, 7 Dec 2005 07:39:43 -0500 Show full headers

From   Morgan, Richard (Civ, ARL/ADLO)
       <richard.morgan5@arl.army.mil>

Add to Address Book

Empty Trash
Fetch Email

To   Bruce Horton <bh@brucehorton.com>

Subject  Re: Thanks for returning my call

Accounts
Settings and Folders

Bruce:
I have checked and because of the security classification, your
case is not held in this office. We have passed your request on to the
appropriate location. If they have not returned your call this week,
please let me know and I will make another contact.

Rich Morgan

——Original Message——
From: Bruce Horton [mailto:bh@brucehorton.com]
Sent: Wednesday, December 07, 2005 6:38 AM
To: Morgan, Richard (Civ, ARL/ADLO)
Subject: Thanks for returning my call

Richard,

Just checking to see if I have the correct address.  Do I have the right

guy? Please
acknowledge...

Best Regards,

—Bruce Horton

"The reasonable man adapts himself to the world; the unreasonable one
persists in trying to adapt the world to himself. Therefore all progress

depends on the unreasonable man." --George Bernard Shaw

Previous | Inbox: 365 messages | Next

 Move to 

Copyright © 2008 Danger, Inc. | Legal Notices

Store Locator | Support | Contact Us | Coverage | Refer a Friend
T-Mobile.com ; ©2002-2004 T-Mobile USA, Inc. | Terms of Use | Terms & Conditions | Return Policy | Privacy Policy

Return to T-Mobile.com

# My T··Mobile·

Not Your Phone?    Tour My T-Mobi

Hello: BRUCE HORTON
4155178155
[ ✱ MY PROFILE ]  •  Logout
• Sidekick, Color

[ ASK T-MOBILE ]   [ SEAR

Settings  • Help  • Download Intellisync

Email: Read Message: Morgan, Richard (Civ,...: RE: Thanks for returning my call

Wednesday, July 9, 2008

New Message
New Folder

- Inbox (3)
- MTV
- Saved (5)
- Drafts (78)
- Sent (empty)
- Trash (4)

Empty Trash
Fetch Email

Accounts
Settings and Folders

Reply  Reply All  Forward  Move: Inbox  Go  Discard

Previous | Inbox 385 messages | Next    Printer-Friendly Version

Date  14 Dec 2005 05:05:15 -0600Wed, 14 Dec 2005 02:05:59 -0500 Show full headers

From  Morgan, Richard (Civ, ARL/ADLO)
      <richard.morgan6@arl.army.mil>

                                              Add to Address Book

To  Bruce Horton <bh@brucehorton.com>

Subject  Re: Thanks for returning my call

I am the correct contact.

Richard A. Morgan

——Original Message——
From: Bruce Horton [mailto:bh@brucehorton.com]
Sent: Monday, December 12, 2005 6:22 PM
To: Morgan, Richard (Civ, ARL/ADLO)
Subject: RE: Thanks for returning my call

Richard,

FYI: I haven't been contacted.

-Bruce

On Wed, 7 Dec 2005 4:42am, Morgan, Richard (Civ, ARL/ADLO) wrote:
> Bruce:
> I have checked and because of the security classification, your
> case is not held in this office. We have passed your request on to the
> appropriate location. If they have not returned your call this week,
> please let me know and I will make another contact.
>
> Rich Morgan
>
> ——Original Message——
> From: Bruce Horton [mailto:bh@brucehorton.com]
> Sent: Wednesday, December 07, 2005 6:36 AM
> To: Morgan, Richard (Civ, ARL/ADLO)
> Subject: Thanks for returning my call
>
> Richard,
>
> Just checking to see if I have the correct address.  Do I have the
> right
>
> guy? Please
> acknowledge...
>
> Best Regards,
>

> --Bruce Horton
>
> "The reasonable man adapts himself to the world; the unreasonable one
> persists in trying to adapt the world to himself. Therefore all
> progress
>
> depends on the unreasonable man." --George Bernard Shaw
Best Regards,

--Bruce Horton

"The reasonable man adapts himself to the world; the unreasonable one
persists in trying to adapt the world to himself. Therefore all progress

depends on the unreasonable man." --George Bernard Shaw

Previous | Inbox: 365 messages | Next



Move to

Copyright © 2006 Danger, Inc. | Legal Notices

Store Locator | Support | Contact Us | Coverage | Refer a Friend
T-Mobile.com ; ©2002-2004 T-Mobile USA, Inc. | Terms of Use | Terms & Conditions | Return Policy | Privacy Policy

Return to T-Mobile.com

Not Your Phone?     Tour My T-Mobi



Hello: BRUCE HORTON
4156178165
[ MY PROFILE ]   Logout

Sidekick, Color

[ ASK T-MOBILE ]   [ SEAR ]

Settings · Help · Download Intellisync

Email: Read Message: Bruce Horton; Serial Number

Wednesday, July 9, 2008

  Move to  Discard

Previous | Saved: 24 messages | Next   Printer-Friendly Version

Date  20 Dec 2005 09:53:27 -0800Tue, 20 Dec 2005 09:52:51 -0800 Show full headers

From  Bruce Horton <bh@brucehorton.com>  

To  Bruce Horton <bh@brucehorton.com>

Subject  Serial Number

Attachment  Stephen M Bloor (ARL-b).vcf text/x-vcard (723 bytes)

——Original Message——
From: Bloor, Stephen M. (Civ, ARL/ADLO) <sbloor@arl.army.mil>
To: Bruce Horton <bh@brucehorton.com>
Subject: Serial Number
Date: 11 May 2005 09:24:37 -0700

10/626,809

Bruce:

Above, please find an unverified serial number.

You should be aware that anyone having the combination of serial number and filing date can claim to own the
Application. That's why this information is not being sent together.

Congratulations,

Steve



Stephen M. Bloor
Intellectual Property Counsel
U.S. Army Research Laboratory
ATTN: AMSRD-ARL-C-IP
2800 Powder Mill Road
Adelphi, Maryland 20783-1197
(301) 394-1595
(301) 394-3672 fax
DSN 290-1595; x3972fax
Bldg, 205, Room 3E026
@APG (410) 278-3412, DSN 298
@APG, Bldg, 434, Room 118A


Best Regards,

—Bruce Horton

"The reasonable man adapts himself to the world; the unreasonable one persists in trying to adapt the world to himself. Therefore all progress depends on the unreasonable man." —George Bernard Shaw

Previous | Saved: 24 messages | Next



Copyright © 2008 Danger, Inc. | Legal Notices

**EXHIBIT 4**





DEPARTMENT OF THE ARMY
UNITED STATES ARMY LEGAL SERVICES AGENCY
901 NORTH STUART STREET
ARLINGTON, VA 22203-1837

REPLY TO
ATTENTION OF

May 12, 2005
**EXPEDITE**

Commissioner of Patents and Trademarks
U.S. Patent and Trademark Office
Attn: Security Group, Licensing and Review
Washington, D.C, 20231

Dear Sir:

The following identified application has been examined by The United States Army, a member of the Armed Services Patent Advisory Board, under the provisions of 35 U.S.C, 181,

U.S. Patent Application Serial No. 10/526,609
Filed: 2 May 2005
Inventor(s): Bruce Kelley Horton
Title: Acoustic Propagation Method

Prosecuted by: (X) Government, ( ) Contractor, ( ) Unknown Party

This is to notify you in accordance with the above examination that the publication or disclosure of the invention by the granting of a patent thereof would be detrimental to the national security. It is accordingly requested that you order that the invention be kept secret and withhold the grant of a patent for such period as the national interest requires.

It is further requested that the following Secrecy Order issue:

( ) Secrecy Order and Permit for Foreign Filing in Certain Countries
      ECCN Reference
      ITAR Reference

(X) Secrecy Order and Permit for Disclosing Classified Information
      Level of Protection or Classification — TOP SECRET

( ) Secrecy Order — It is further requested that this Secrecy Order issue with

      ( ) Permit A (PTO 299) —
      ( ) No Permit

Sincerely,

Diane R. Winter
Paralegal Specialist

cc: PTO
ARL (Steve Bloor)



EXHIBIT
4


Printed on Recycled Paper

# EXHIBIT 5



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/526,609 | | | | 9477 |

-7590     05/13/2005

US ARMY RESEARCH LABORATORY
ATTN: AMSDR-ARL-O-IO-SC
2800 POWDER MILL ROAD
ADELPHI, MD  20783

| EXAMINER |
|---|
| |

| ART UNIT | PAPER NUMBER |
|---|---|
| | |

DATE MAILED: 05/13/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

EXHIBIT
5
bibbles

 United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

Application Serial No. 10-526,609

# SECRECY ORDER
### 35 U.S.C. §§181-188

and

### Permit for Disclosing Classified or "Classifiable" Subject Matter

The above-identified patent application contains subject matter which is either classified or "classifiable"[1] in the opinion of the sponsoring defense agency.

[X] This application is **CLASSIFIED** at the level of:    [X] TOP SECRET

[.] This application is NOT CLASSIFIED,    [ ] SECRET
but would be **CLASSIFIABLE** at the level of:

[ ] CONFIDENTIAL

**ALL PRINCIPALS[2] IN THIS APPLICATION ARE ORDERED TO KEEP THE SUBJECT MATTER THEREOF IN SECRECY UNDER 35 U.S.C. §181.**

The subject matter of this application may not be published or disclosed to any person except as specifically authorized herein or subsequently authorized by written modification of this Secrecy Order granted by the Commissioner of Patents & Trademarks (see 37 CFR §5,5).

Unauthorized publication or disclosure of the subject matter of this patent application may result in abandonment of the application (35 U.S.C. §182) and additionally subject the person publishing or disclosing the subject matter to the penalties of 35 U.S.C. §186.

The subject matter of this application must be safeguarded under conditions that will provide adequate protection and prevent access by unauthorized persons. When copies of the subject matter are no longer needed, they should be destroyed by a method that will prevent disclosure of the contents or reconstruction of the document.

---

[1] The term "classifiable" as used herein refers to subject matter that is not actually classified but is sufficiently sensitive, in the opinion of the sponsoring defense agency named herein, to have been classified under E.O. 12356 if the subject matter were known to be owned by or under control of the U.S. government.

[2] "Principals" include all patent applicants, their heirs, assignees, licensees and their attorneys and agents.

This Order should not be construed in any way to mean that the U.S. Government has adopted or contemplates adoption of the invention disclosed in this application and it is not any indication of the value of such invention. Additionally, this Order is not authority in and of itself for classification of the subject matter of this patent application.

Any other patent application already or hereafter filed in the U.S. or any foreign country which contains any significant part of the subject matter of the above-identified patent application also falls within the scope of this Order. If such other patent application is not currently under a Secrecy Order imposed by the U.S. Patent and Trademark Office, it and the common subject matter must be brought to the immediate attention of:

Mail Stop L&R
Commissioner of Patents
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450

This Secrecy Order was recommended to the Commissioner of Patents & Trademarks by the following sponsoring defense agency:

(X) ARMY
( ) NAVY
( ) AIR FORCE
( ) HOMELAND SECURITY
( ) _____

- Questions regarding the reasons for imposing this Secrecy Order should be directed to the sponsoring defense agency. A contact for each defense agency is attached.

- Questions regarding the substantive examination of the patent application should be directed to the patent examiner

- Questions pertaining to the administrative handling of the application or the Secrecy Order should be directed to the Licensing and Review Branch of the Patent & Trademark Office at (571) 272-6617.

---

## Permit for Disclosing Classified or "Classifiable" Information

A. If the subject matter of this application is classified:
Disclosure of the subject matter of this application is authorized to persons with the appropriate personnel security clearance on a "need-to-know" basis under the provisions of Executive Orders 10865 and 12356 and the "Industrial Security Manual for Safeguarding Classified Information" provided the authorized person to whom the subject matter is disclosed is furnished with a copy of this Secrecy Order and informed that this Order is applicable to the subject matter disclosed.

Any declassification, in whole or in part, of the subject matter of this application does not modify this Secrecy Order. The requirements of this Secrecy Order remain in effect until it is rescinded or modified in writing by the Commissioner of Patents & Trademarks. If the subject matter is declassified, this fact should be brought to the attention of the sponsoring defense agency.

B. If the subject matter of this application is "classifiable" but not classified:

Principals to this Secrecy Order employed at a facility which has a current DoD Security Agreement (DoD Form 441) are authorized to disclose on a "need-to-know" basis the subject matter of this patent application to other persons at that facility having a personnel security clearance at least as high as the level of protection specified on page 1 of this Secrecy Order provided the provisions of the "Industrial Security Manual for Safeguarding Classified Information" (DoD 5220.22-M) are complied with[3] and the authorized person to whom the subject matter is disclosed is furnished with a copy of this Secrecy Order and informed that this Secrecy Order is applicable to the subject matter disclosed.

Principals employed at a facility that does not have a current DoD Security Agreement must obtain prior written modification of this Secrecy Order from the Commissioner of Patents & Trademarks for any further disclosure of the subject matter of this application to any person. See 37 CFR §5.5.

This permit for disclosing classified or "classifiable" information does not authorize disclosure of the subject matter of the patent application through (1) the filing of any foreign application without specific permission of the Patent and Trademark Office, or (2) the export of any item, commodity or technical data without the required export license.

*for*

Donald T. Hajec
Director, Technology Center 3600
(571) 272-5150

---

[3] Since the subject matter covered by this Secrecy Order is not actually classified, certain provisions of the Industrial Security Manual (ISM) may not strictly apply, such as derivative classification, downgrading/declassification instructions, and portion and page markings. Facilities encountering problems complying with any provisions of the ISM should directly query the defense agency sponsoring this Secrecy Order for appropriate security guidance.

DEFENSE AGENCY CONTACT LIST

**Department of the Army**
U.S. Army Patent, Copyrights & Trademark Division
Office of the Judge Advocate General
901 North Stuart St.
Arlington, VA 22203-1837

Diane Winters: 703-696-8124

**Department of the Navy**
Office of the Chief of Naval Research
Intellectual Property Law Division
ATTN: (OOCC12)
800 North Quincy Street
Arlington, VA 22217-5000

Tiffany McNair: 703-696-4821

**Department of the Air Force**
AFMC LO/JAZ
2240 B Street, Room 100
Wright-Patterson AFB, OH 45433-7109

Richard Lambert: 937-255-2838

**Department of Energy**
U.S. Department of Energy
Office of the Assistant General Counsel For Patents (GS-42)
1000 Independence Avenue, SW
Washington, DC 20585

Paul Gottlieb: 202-586-3439

**Patent and Trademark Office (Licensing and Review)**
Mail Stop: L&R
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

James Samuels: 703-305-0239

**EXHIBIT 6**

DEPARTMENT OF THE UNITED STATES ARMY

| | |
|---|---|
| BRUCE HORTON, | ) |
| Claimant, | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| DEPARTMENT OF THE ARMY, and | ) |
| UNITED STATES OF AMERICA, | ) |
| Respondents. | ) |

## <u>ADMINISTRATIVE CLAIM FOR COMPENSATION FOR PATENT INFRINGEMENT AND FOR DAMAGES FROM PATENT SECRECY ORDER</u>

Inventor Bruce Horton brings and serves this administrative claim for compensation for patent infringement and for damages from a patent secrecy order pursuant to 35 U.S.C. §183.

## FACTS

In 2004, Bruce Horton invented a device with great military value. Due to the Top-secret classification of the invention and the fact that knowledge of its very existence would negate it's utility, it cannot be described at any level of detail in an unclassified manner. Horton recognized the military value of his invention and contacted the United States, in particular, the United States Army Research Lab.

The personnel of the United States Army Research Lab ("ARL") also recognized the great military value of Horton's invention and had conferences with Horton to discuss his invention. A true and accurate copy of the invitation and travel arrangements for the conference are denoted "Exhibit #1" and attached to this claim. At his first meeting with Army Research Lab officials, Horton was told the Army would develop his invention and Horton was told not to reveal his invention to anyone. The Army Research Lab immediately began to develop and make a device consistent with Horton's invention.

As another indication of the importance and value of Horton's invention, the ARL staff made it clear that they wished to keep the invention secret. When Horton asked if he could obtain a security clearance for an attorney, the United States Army Research Lab said they preferred he didn't do that and instead an ARL attorney (Stephen Bloor), approached Horton and offered to represent him in preparing and filing his patent application. Of course, the government attorney had a clear and obvious conflict of interest since he represented the Government and an adverse

1



**EXHIBIT**

6

inventor in the same matter. The government attorney never explained, disclosed, or sought or received a valid waiver of the conflict of interest to or from Horton. Horton accepted the government attorney's offer and the government attorney flew to California and met with Horton at a safe-house. The government attorney prepared Horton's patent application. The government attorney filed Horton's patent application on or about May 2, 2005. A true and accurate copy of the emails in which the government attorney acknowledged filing Horton's patent application is denoted "Exhibit #2" and attached to this claim.

Horton's patent application was prepared by the Government, filed by the Government on or about May 2, 2005. Horton's invention was titled "Acoustic Propagation Method", and Horton's patent application was given serial number 10/526609.

On or about May 12, 2005, the United States Army requested that the Commissioner of Patents order Horton's patent application to be kept secret and withhold the grant of a patent to Horton. The Government requested that Horton's invention be classified as "TOP SECRET". On the United States Army's written request, the Government stated that it (the Government) was prosecuting Horton's patent. A true and accurate copy of the United States Army's request to the Commissioner of Patents is denoted "Exhibit #3" and attached to this claim.

The Commissioner of Patents issued a secrecy order for Horton's patent application and classified Horton's patent application as "TOP SECRET". A true and accurate copy of the secrecy order is denoted "Exhibit #4" and is attached to this claim.

As requested by the Government, Horton's patent application has not been processed by the United States Patent and Trademark Office.

As the preparer, drafter, filer, and prosecutor of Horton's patent application, the Government cannot deny the patent-ability of Horton's invention. See 37 C.F.R. §1.56.

Horton has not received any compensation for the Government's infringement of his invention. Because of the Government, Horton's patent application has not been processed by the USPTO.

Horton's invention is valuable and may be used in the law enforcement industries and weapons' industry, and by other governments. However through the Army's request and the USPTO secrecy order, Horton has received zero compensation for the taking of this invention and Horton is forbidden to contact anyone about purchasing, using, or licensing his invention.

2

The Army and the Army Research Lab has developed, made, and used machines infringing on Horton's invention, and, on information and belief, infringing on every claim in Horton's application. Such infringing machines would aid the security of the United States and may be deployed now or have been kept in reserve for use in the future if situations arise where the infringing machines use is merited.

Bruce Horton hereby requests compensation of $5,000,000.00 for the Government's infringement, and for the damages from the imposition of the secrecy order.

Pursuant to 227.7004 DOD FAR SUPPLEMENT:

(1)     Horton's patent application which was prepared and filed by the Government. The government told Horton to destroy all copies of the application and he did so.

(2)     The Army Research Lab has made, and purchased, machines infringing on my Acoustic Propagation Method claims.

(3)     See Patent Application.

(4)     No licenses because of secrecy order.

(5)     No litigation.

(6)     United States Army - pending.

(7)     None.

(8)     None.

(9)     See Exhibit 2 and Patent Application.

(10)    Not available.

(11)    None relevant.

I am represented in this matter by attorney Robert Schultz. Please make all subsequent communications on this matter to my attorney.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2012.

_Bruce Horton_
Bruce Horton

3

Robert Schultz, Patent #39553
SCHULTZ & ASSOCIATES LLP
640 Cepi Drive, Suite A
Chesterfield, MO 63005
636-537-4645 telephone
636-537-2599 facsimile
rschultz@sl-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via U.S. Mail, postage prepaid, to Patent Counsel of the Army, U.S. Army Legal Services Agency, ATTN: JALS-RL/IP, 9275 Gunston Road, Suite 1300, Fort Belvoir, VA 22060-5546 and via email (chester.l.jordan2.civ@mail.mil) to Chester L. Jordan II, Patent Counsel of the Army, this 29 day of February, 2012.

4

# ARMY RESEARCH LABORATORY
## SIGNAL & IMAGE PROCESSING DIVISION

DATE: _4 Aug. 04_   TIME: _1340_

TO: _Bruce Horton_

ORGANIZATION: _____

FAX: _202-516-3653_  TEL #: _415 - 517 - 8165_

FROM: <u>AMSRD-ARL-SE-S</u>

FAX: <u>(301) 394-5410</u>

NUMBER OF PAGES (INCLUDING COVER SHEET) _4_

### MESSAGE:

_Bruce,_
_Any questions give me a call._
_Have a safe trip._
_Pat_


EXHIBIT

AUG-04-2004 WED 03:34 PM GALO TRAVEL OFFICE          FAX NO. 301 394 4423          P. 01/02

Aue  04 04 02:56P
AUG-04-2004 WED 02:57 PM GALO TRAVEL OFFICE          FAX NO. 301 394 4423          P. 01/02



DEPARTMENT OF THE ARMY
US ARMY RESEARCH, DEVELOPMENT AND ENGINEERING COMMAND
ARMY RESEARCH LABORATORY
2800 POWDER MILL ROAD
ADELPHI MD 20783-1197

Date: August 4, 2004
Travel Order Number: HOR19717LA2597

Transportation Office

Mr. Bruce Horton
5548 Jefferson Avenue
Redwood, CA 94062

SSN#: 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

Dear Mr. Horton:

You are invited to proceed from Redwood, CA, in time to arrive in Adelphi, MD to attend the Technical Interchange Meeting. Travel is authorized for 2 days (beginning August 5, 2004). Upon completion of this mission, you are required to return to your point of origin.

Travel by commercial air is authorized. Authorized use of lowest cost commercial rental car.

Travel regulations prescribe a per diem allowance of $201.00 ($150.00 Lodging; $51.00 M&IE). Your lodging, meals and incidental expenses must meet the per diem allowance. Receipts will be required to substantiate your claim for the cost of transportation and subsistence items in excess of $75.00. Receipts for lodging and rental car are required regardless of amount.

Enclosed FMS Form 1031, Direct Deposit, should be completed and submitted with your travel reimbursement claim. Although use of this form is not mandatory, failure to comply may cause an untimely delay of your travel reimbursement claim. Reimbursement claim is to be submitted using DD Form 1351-2, in your ARL sponsor/point of contact for processing.

If you have any questions regarding your travel, please address your inquiries to the ARL/ALC Transportation Office (301) 394-5805. All voucher reimbursement questions should be directed to the Management Accounting Branch (301) 394-1977.

The travel authorized herein has been determined to be in the public interest and is chargeable to: Fund cite: 2142040 6N4MTC 800T00YY4-21T112T2 HOR19717LA2597 4NE5TT XDW256AA S18129.          65GF013-KBG

Connie M. Lucas
Transportation Officer

Courthouse
8/4/04  $1,209.00
Budget Analyst
Per Diem:        $ 201.00
Travel:          $ 900.00
Other:           $ 100.00
TOTAL:           $1202.00

Faxed 8/4/04  clm



**DEPARTMENT OF THE ARMY**
US ARMY RESEARCH, DEVELOPMENT AND ENGINEERING COMMAND
ARMY RESEARCH LABORATORY
2800 POWDER MILL ROAD
ADELPHI MD 20783-1197

Transportation Office

Date: August 4, 2004
Travel Order Number: HOR1371TL42587

Mr. Bruce Horton
3545 Jefferson Avenue
Redwood, CA 94062

SSN: 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

Dear Mr. Horton:

You are invited to proceed from Redwood, CA, in time to arrive in Adelphi, MD to attend the Technical Interchange Meeting. Travel is authorized for 2 days (beginning August 5, 2004). Upon completion of the mission, you are required to return to your point of origin.

Travel by commercial air is authorized. Authorized use of lowest cost commercial rental car.

Travel regulations prescribe a per diem allowance of $201.00 ($150.00 Lodging; $51.00 M&IE). Your lodging, meals and incidental expenses must meet the per diem allowance. Receipts will be required to substantiate your claim for the cost of transportation and subsistence items in excess of $75.00. Receipts for lodging and rental car are required regardless of amount.

Enclosed FMS Form 2231, Direct Deposit, should be completed and submitted with your travel reimbursement claim. Although use of the form is not mandatory, failure to comply may cause an untimely delay of your travel reimbursement claim. Reimbursement claim is to be submitted using DD Form 1351-2, to your ARL sponsor/point of contact for processing.

If you have any questions regarding your travel, please address your inquiries to the ARL/ALC Transportation Office (301) 394-5959. All voucher reimbursement questions should be directed to the Management Accounting Branch (301) 394-1877.

The travel authorized herein has been determined to be in the public interest and is chargeable to: Fund cite: 2142040 8N-8N7C 2324450-H15-21T1/21T2 HOR1371TL42587 4NE5TT XDW252AA S1B129.   6S2C618.H20

*Connie Blominsky*

Connie M. Lucas
Transportation Officer

**FUNDS AVAILABLE**

*Cauchlewrs*
8/4/04  $1,208.00
Budget Analyst

| | |
|---|---|
| Per Diem: | $ 202.00 |
| Travel: | $ 900.00 |
| Other: | $ 100.00 |
| TOTAL: | $1202.00 |

Faxed 8/4/04 CLAn

Printed on Recycled Paper

# TRAVEL VOUCHER OR SUBVOUCHER

Read Privacy Act Statement, Penalty Statement, and Instructions on back before completing form. Use typewriter, ink, or ball point pen. PRESS HARD, DO NOT use pencil. If more space is needed, continue in remarks.

**1. PAYMENT**

- [ ] Electronic Fund Transfer (EFT)
- [ ] Payment by Check
- [ ] Split Disbursement: Amount to Government Travel Charge Card $

**2. NAME (Last, First, Middle Initial) (Print or type)**
HORTON, Bruce

**3. GRADE**

**4. SSN**
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

**5. TYPE OF PAYMENT (X as applicable)**
- [X] TDY
- [ ] PCS
- [ ] Dependent(s)
- [ ] Member/Employee
- [ ] Other
- [ ] DLA

**6. ADDRESS. a. NUMBER AND STREET**
3546 Jefferson Avenue

**b. CITY**
Redwood

**c. STATE** CA

**d. ZIP CODE** 94062

**e. E-MAIL ADDRESS.**

**7. DAYTIME TELEPHONE NUMBER & AREA CODE**
415-517-8165

**8. TRAVEL ORDER NUMBER**
HOR1371TL42587

**9. PREVIOUS GOVERNMENT PAYMENTS/ ADVANCES**

**10. FOR D.O. USE ONLY**
a. D.O. VOUCHER NUMBER

b. SUBVOUCHER NUMBER

c. PAID BY

**11. ORGANIZATION AND STATION**

**12. DEPENDENT(S) (X and complete as applicable)**

| ACCOMPANIED | | UNACCOMPANIED | |
|---|---|---|---|
| a. NAME (Last, First, Middle Initial) | b. RELATIONSHIP | c. DATE OF BIRTH OR MARRIAGE | |
| | | | |
| | | | |
| | | | |

**13. DEPENDENTS' ADDRESS ON RECEIPT OF ORDERS (Include Zip Code)**

d. COMPUTATIONS

**14. HAVE HOUSEHOLD GOODS BEEN SHIPPED? (X one)**
- [ ] YES
- [ ] NO (Explain in Remarks)

**15. ITINERARY**

| a. DATE | | b. PLACE (Home, Office, Base, Activity, City and State, City and Country, etc) | c. MEANS/MODE OF TRAVEL | d. REASON FOR STOP | e. LODGING COST | f. POC MILES |
|---|---|---|---|---|---|---|
| 8/5 | DEP | | | | | |
| | ARR | | | | | |
| | DEP | | | | | |
| | ARR | | | | | |
| | DEP | | | | | |
| | ARR | | | | | |
| | DEP | | | | | |
| | ARR | | | | | |
| | DEP | | | | | |
| | ARR | | | | | |
| | DEP | | | | | |
| | ARR | | | | | |
| | DEP | | | | | |
| | ARR | | | | | |

**e. SUMMARY OF PAYMENT**

| | |
|---|---|
| (1) Per Diem | |
| (2) Actual Expense Allowance | |
| (3) Mileage | |
| (4) Dependent Travel | |
| (5) DLA | |
| (6) Reimbursable Expenses | |
| (7) Total | |
| (8) Less Advance | |
| (9) Amount Owed | |
| (10) Amount Due | |

**16. POC TRAVEL (X one)**
- [ ] OWN/OPERATE
- [ ] PASSENGER

**17. DURATION OF TDY TRAVEL**
- [ ] 12 HOURS OR LESS
- [ ] MORE THAN 12 HOURS BUT 24 HOURS OR LESS
- [X] MORE THAN 24 HOURS

**18. REIMBURSABLE EXPENSES**

| a. DATE | b. NATURE OF EXPENSE | c. AMOUNT | d. ALLOWED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**19. GOVERNMENT/DEDUCTIBLE MEALS**

| a. DATE | b. NO. OF MEALS | a. DATE | b. NO. OF MEALS |
|---|---|---|---|
| | | | |

**20. a. CLAIMANT SIGNATURE**

**b. DATE**

**c. SUPERVISOR SIGNATURE**

**d. DATE**

**21. a. APPROVING OFFICER SIGNATURE**

**b. DATE**

**22. ACCOUNTING CLASSIFICATION**
2142040 6N-6N7C 622618.H80 21T1/21T2 HOR1371TL42587 4NESTT XDW262AA

**23. COLLECTION DATA**

| 24. COMPUTED BY | 25. AUDITED BY | 26. TRAVEL ORDER POSTED BY | 27. RECEIVED (Payee Signature and Date or Check No.) | 28. AMOUNT PAID |
|---|---|---|---|---|
| | | | | |

**DD FORM 1351-2, JUL 2002**     PREVIOUS EDITION IS OBSOLETE.     Exception to SF 1012 approved by GSA/IRMS 12-91.

## PRIVACY ACT STATEMENT

AUTHORITY:  5 U.S.C. Section 5701, 37 U.S.C. Sections 404 - 427, 5 U.S.C. Section 301, DoDFMR 7000.14-R, Vol. 9,  and E.O. 9397.

PRINCIPAL PURPOSE(S):  This record is used for reviewing, approving, accounting, and disbursing money for claims submitted by Department of Defense (DoD) travelers for official Government travel.  The Social Security number (SSN) is used to maintain a numerical identification filing system for filing and reviewing individual claims.

ROUTINE USE(S):  Disclosures are permitted under 5 U.S.C. 552a(b), Privacy Act of 1974, as amended.  In addition, information may be disclosed to the Internal Revenue Service for travel allowances, which are subject to Federal income taxes, and for any DoD "Blanket Routine Use" as published in the Federal Register.

DISCLOSURE:  Voluntary; however, failure to furnish the information requested may result in total or partial denial of the amount claimed.

## PENALTY STATEMENT

There are severe criminal and civil penalties for knowingly submitting a false, fictitious, or fraudulent claim (U.S. Code, Title 18, Sections 287 and 1001 and Title 31, Section 3729).

## INSTRUCTIONS

### ITEM 1 - PAYMENT

Member must be on electronic funds (EFT) to participate in split disbursement.  Split disbursement is a payment method by which you may elect to pay your official travel card bill and forward the remaining settlement dollars to your predesignated account.  For example, $250.00 in the "Amount to Government Travel Charge Card" block means that $250.00 of your travel settlement will be electronically sent to the charge card company.  Any dollars remaining on this settlement will automatically be sent to your predesignated account.  Should you elect to send more dollars than you are entitled, "all" of the settlement will be forwarded to the charge card company.  Notification, you will receive your regular monthly billing statement from the Government Travel Charge Card contractor; it will state, paid by Government, $250.00, 0 dues.  If you forwarded less dollars than you owe, the statement will read us; paid by Government, $250.00, $15.00 now due.  Payment by check is made to travelers only when EFT payment is not directed.

### REQUIRED ATTACHMENTS

1. Original and/or copies of all travel orders and amendments, as applicable.
2. Two copies of dependent travel authorization if issued.
3. Copies of secretarial approval of travel if claim concerns parents who either did not reside in your household before their travel and/or will not reside in your household after travel.
4. Copy of GTR, MTA or ticket used.
5. Hotel/motel receipts and any item of expense claimed in an amount of $75.00 or more.
6. Other attachments will be as directed.

### 29. REMARKS

INDICATE DATES ON WHICH LEAVE WAS TAKEN:

### ITEM 15 - ITINERARY - SYMBOLS

15c. MEANS/MODE OF TRAVEL (Use two letters)

| | | | | |
|---|---|---|---|---|
| GTR/TKT. | - T | | Automobile | - A |
| Government Transportation | - G | | Motorcycle | - M |
| Commercial Transportation | | | Bus | - B |
| (Own expense) | - C | | Plane | - P |
| Privately Owned | | | Rail | - R |
| Conveyance (POC) | - P | | Vessel | - V |

15d. REASON FOR STOP

| | | | |
|---|---|---|---|
| Authorized Delay | - AD | Leave En Route | - LV |
| Authorized Return | - AR | Mission Complete | - MC |
| Awaiting Transportation | - AT | Temporary Duty | - TD |
| Hospital Admittance | - HA | Voluntary Return | - VR |
| Hospital Discharge | - HD | | |

### ITEM 15e. LODGING COST

Enter the total cost for lodging.

### ITEM 18 - DEDUCTIBLE MEALS

Meals consumed by a member/employee when furnished with or without charge incident to an official assignment by sources other than a government mess (see JFTR, par. U4125-A3g and JTR, par. C4554-B for definition of deductible meals).  Meals furnished on commercial aircraft or by private individuals are not considered deductible meals.

DD FORM 1351-2 (BACK), JUL 2002



FAIRFIELD INN-CAPITAL BEL
4050 POWDER MILL RD
BELTSVILLE MD 20705
301-572-7100



BRUCE HORTON
3546 JEFFERSON AVE
REDWOOD CA 94062

LEISURE

| | | | | |
|---|---|---|---|---|
| Room: | 303 | | BARA |
| Room Type: | KING | | |
| No. Of Guests: | 1 | | |
| Rate: | 109.00 | | |
| Clerk: | | | |

Arrive  05Aug04   Time  11:09p  Depart 06Aug04   Time          Folio#  HO-58523

| Date | Reference Number | Description | Charges | Credits |
|---|---|---|---|---|
| Aug04 | RP303 | ROOM CHARGE | 109.00 | |
| Aug04 | T1303 | Occupancy Sales Ta | 5.45 | |
| Aug04 | T2303 | State Occupancy Ta | 5.45 | |
| Aug04 | VI303 | VISA | | 119.90- |

```
************************************
*  Your VISA card on file          *
*  will be charged $   119.90       *
************************************
```

**          BALANCE    **                          .00


**   **   **   **   **

# Itinerary - Printable By Category

Print this page | Close window | Help

**Itinerary**
BRUCE HORTON
Reservation code: FQJZNV

Travel Arranger Priority Comments:
TICKET CHARGED TO.....111804
THIS TICKET WAS PAID USING A CBA
NO REIMBURSEMENT IS AUTHORIZED.
YOUR AIRFARE ON 04AUG AT 1604 IS 900.20

**FLIGHTS**

Thu, Aug 5:  UNITED AIRLINES, UA 0186

| | |
|---|---|
| From: SAN FRANCISCO, CA (SFO) | Departs: 8:40am |
| Departure Terminal: TERMINAL 3 | |
| To: WASHINGTON DULLES, DC (IAD) | Arrives: 5:09pm |
| Class: Economy | Seat: Check-In Required |
| Status: Confirmed | Confirmation: NZLN2A |
| Meal: Breakfast | Smoking: No |
| Aircraft: AIRBUS JET | Mileage: 2428 |
| Flight Time: 5 hours and 29 minutes | |

Verify flight times prior to departure

Sun, Aug 8:  UNITED AIRLINES, UA 0859

| | |
|---|---|
| From: WASHINGTON DULLES, DC (IAD) | Departs: 8:45am |
| To: SAN FRANCISCO, CA (SFO) | Arrives: 11:35am |
| Arrival Terminal: TERMINAL 3 | |
| Class: Economy | Seat: 14D |
| Status: Confirmed | Confirmation: NZLN2A |
| Meal: Breakfast | Smoking: No |
| Aircraft: BOEING 757 200 SERIES JET | Mileage: 2428 |
| Flight Time: 5 hours and 50 minutes | |

Verify flight times prior to departure

**CAR**

Thu, Aug 5-Sun, Aug 8:  BUDGET RENT A CAR

| | |
|---|---|
| Pick Up: WASHINGTON DULLES, DC (IAD) | Pick Up Date/Time: Aug 5/509P |
| Drop Off: WASHINGTON DULLES, DC (IAD) | Drop Off Date/Time: Aug 8/8:45am |
| Car Type: Compact Car Automatic AC | Car(s): 1 |
| Status: Confirmed | Confirmation: 01924166US1 |
| Rate Info: Guaranteed | Rate Code: 7F |
| Client ID #: | Corp Discount #: T788300 |
| Telephone: | Fax: |

| Rate Plan: 3 Days, 0 Hours | USD | MI/KM | Extra MI/KM |
|---|---|---|---|
| Daily | 30.00 | UNL | 0.00 |
| Extra Hour | 10.00 | UNL | 0.00 |
| Extra Day | 60.00 | UNL | 0.00 |
| Mandatory Charges | 36.00 | | |
| Approx Total Price | 126.26 | UNL | 0.00 |

OTHER
Fri, Feb 4:

Status: Confirmed
Information: THANK YOU FOR CALLING CARLSON WAGONLIT TRAVEL

ARRANGER REMARKS
Notes: YOUR PERSONAL ID CODE IS-S/G23A-NCR
WHEN YOU RECEIVE AN AIRPORT CREDIT YOU NEED TO PROVIDE
A COPY OF THE REFUND TO TRAVEL WITH A COPY OF YOUR
ORDERS AND ORGINAL INVOICE
CARRY YOUR TRAVEL ORDERS TO ENSURE GOVT RATES.
**

DURING BUSINESS HOURS PLS CALL**SAM**AT 301-394-1446
TOLL FREE NUMBER DURING DUTY HOURS 1-800-709-2190
AFTER NORMAL BUSINESS HOURS PLS CALL 800-363-8732
NATIONAL CAPITOL REGION -ADELPHI LABS
CARRY YOUR TRAVEL ORDERS TO ENSURE GOVT RATES.
...TRAVEL ORDERS MUST BE PROVIDED TO CARLSON WAGONLIT
...BEFORE AIRLINE TICKETS CAN BE ISSUED.
RESERVED SEATS SUBJECT TO CANCEL 30MIN PRIOR TO FLIGHT
FOR BAGGAGE RESTRICTIONS CHECK SPECIFIC AIRLINES
FARE-ASO YCAIAD
FARE-ASO YCAIAD

Copyright and Trademark Notices

Sabre
virtually
#here

**Budget**

241086823

Budget Rent A Car System, Inc.

RETURN<< RA DOCUMENT 620440774
RA# 7 5 9 8 0 8 0     GRP Z

23360 AUTOPILOT DRIVE        STERLING,VA,20166,US                    2324
RENTED: 05AUG04/1816  AT: DULLES AIRPORT     PHONE: 703-437-9559      45D921
RETURN: 08AUG04/0646  AT: DULLES AIRPORT     RATE: 7F/Z    TIME:  2 DY  12 HR
DUE IN: 08AUG04/0045  AT: DULLES AIRPORT     MIN   1 DAY
                                             MAX  100 HRS

OUT:23846        MI IN: 23910                        0 HI @    .25
TOTAL MILES DRIVEN:  64                              0 HR @  10.67
LATE#.TN P0H895   FUEL OUT: 8/8                      3 DY @  32.00       96.00
I CHEV CAVA 4DR   FUEL IN:  7/8                      0 WK @ 224.00
                                                     0 HO @    .00
METHOD OF PAYMENT: VISA       ****#***OPTIONAL SERVICES#****  7F/Z   64FM
HONE:415.517.8165                                    TIME & MILEAGE     =       96.00
DRIVERS-LIC# USC#XXXX5892     LDW:   20.99/DAY DECLINED  FUEL SERVICE:    .2124/MI
ATE OF BIRTH: 26JUL55         PRE:    4.95/DAY DECLINED                  5.099/GAL
CO# T788300                   ERP:    4.00/DAY DECLINED
ENANCY:ID577026911            SLI:   11.95/DAY DECLINED  * $.41/DY FEE    +       1.23
A DOCUMENT G20440774                                  **10.00% FEE      +       9.60
                                                     SUBTOTAL                  106.83
                                                     TAX  10.000%      +       10.68
                                                     FUEL SERVICE#CHARGE#*  +       13.59
                                                     GARB $ .5.00/DAY   +       15.00
                                                     TOTAL CHARGES:            146.10
                                                     AMOUNT DUE   CV  USD     146.10
                                                     #VEHICLE LICENSE FEE
HORTON,BRUCE                                         ##CONCESSION RECOVERY FEE
3546 JEFFERSON AVE
REDWOODCITY,CA,94062,US.

-----NOTICES------NOTICES------NOTICES------NOTICES------NOTICES------NOTICES------NOTICES
*THE AMOUNT THAT APPEARS IN "AMOUNT DUE" HAS BEEN     ***IF CAR IS RETURNED WITH LESS FUEL THAN WHEN RENTED
LLED TO YOUR VISA CARD.                               A SERVICE CHARGE APPLIES.
*ALL CHARGES ARE SUBJECT TO AUDIT AND CHANGE IF ANY  ***I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS
RRORS ARE FOUND.                                      SHOWN ON THIS RENTAL DOCUMENT AND ON THE SEPARATE
*FOR LOCAL INQUIRIES CALL 703-437-9559, ALL OTHER    RENTAL DOCUMENT JACKET DELIVERED TO ME WITH THIS
NQUIRIES CALL 800-621-2844.                           RENTAL DOCUMENT.
*THANK YOU FOR RENTING FROM BUDGET.
*MINIMUM CHARGE IS 1 DAY (24 HRS) PLUS MILEAGE.       X_____
388/0EC2/04221/05:46/0
                                                     PREPARED BY: 74792        RENTAL #620440774
                                                                               RES # 01924168-US-1B
                                                                               CLOSED BY: 74346

# Visitor's Guide

## to the Army Research Laboratory at Adelphi



Adelphi Laboratory Center
2800 Powder Mill Road
Adelphi, MD 20783-1197

*Fairfield Inn*

301-572-7100



## DIRECTIONS

**FROM BWI AIRPORT:** Take I-95 south toward Washington. Take the Calverton Exit 29B. Stay on Powder Mill Road for approximately three miles. ARL is located on the right.

**FROM WASHINGTON NATIONAL AIRPORT:** Drive north on the George Washington Memorial Parkway to the Capital Beltway (I-495) and turn east toward Maryland. Take the New Hampshire Avenue / North-White Oak Exit 28. Turn right onto Powder Mill Road. Make a left at the next two traffic lights. ARL is located on the left.

**FROM DULLES INTERNATIONAL AIRPORT:** Take the access road to the Capital Beltway (I-495) and go north toward Maryland. Take the New Hampshire Avenue / North-White Oak Exit 28. Turn right onto Powder Mill Road. Make a left at the next two traffic lights. ARL is located on the left.

Return to T-Mobile.com

Not Your Phone?          Tour My T-Mobil

 

Hello: BRUCE HORTON
4155178165

[·MY PROFILE]  ·Logout

·Sidekick, Color

[ASK T-MOBILE]      [SEAR]

☐ ☐ | ☐ | ☐ | ☐ | ☐ |    Settings  ·Help  ·Download Intellisync

☐ ☐  Email: Read Message: Bloor, Stephen M. (Civ,...: Re: Patent Filing          Wednesday, July 9, 2008

- New Message
- New Folder

- Inbox
- MTV
- Saved (5)
- Drafts (78)
- Sent (empty)
- Trash (4)

- Empty Trash
- Fetch Email

- Accounts
- Settings and Folders

[Reply]  [Reply All]  [Forward]    Move  [Inbox]  [Go]  [Discard]
to

Previous | Inbox: 365 messages | Next      Printer-Friendly Version

Date  Tue, 22 Feb 2005 23:07:55 -0500 Show full headers

From  Bloor, Stephen M. (Civ, ARL/ADLO) <sbloor@arl.army.mil>   [Add to Address Book]

To  <bh@brucehorton.com>

Subject  Re: Patent Filing

Bruce:
Still waiting on drawings but SOON.
Back 28th.
V/R,
s

Sent via ARL's wireless network.

---

Stephen M. Bloor
Intellectual Property Counsel
U.S. Army Research Laboratory
ATTN: AMSRD-ARL-D-IP
2800 Powder Mill Road
Adelphi, Maryland 20783-1197
(301) 394-1585
(301) 394-3972 fax
DSN 290-1585; x3972fax
Bldg. 205, Room 3E028
@APG (410) 278-3412, DSN 298
@APG, Bldg. 434, Room 118A

-----Original Message-----
From: Bruce Horton <bh@brucehorton.com>
To: Bloor, Stephen M. (Civ, ARL/ADLO) <sbloor@arl.army.mil>
Sent: Tue Feb 22 17:05:44 2005
Subject: Patent Filing

Steve,

I didn't receive anything from you last week. Did you file as
planned?

Best Regards,

--Bruce Horton   //Please remove my old Hotmail address from your
records.
http://brucehorton.com (phone, PGP Key, etc.)

EXHIBIT
2

Previous | Inbox: 365 messages | Next

 Move to

Copyright © 2008 Danger, Inc. | Legal Notices

Return to T-Mobile.com

Not Your Phone?    Tour My T-Mobi

 My T· Mobile·

 Hello: BRUCE HORTON
4155178165
☆ MY PROFILE   ☆ Logout

☆ Sidekick, Color

[ ASK T-MOBILE ]   [ SEAR ]

· Settings · Help · Download Intellisync

Email: Read Message: Bloor, Stephen M. (Civ,...: RE: When to call?                Wednesday, July 9, 2008

**New Message**
**New Folder**

**Inbox**
**MTV**
**Saved (5)**
**Drafts (76)**
**Sent (empty)**
**Trash (4)**

**Empty Trash**
**Fetch Email**

**Accounts**
**Settings and Folders**

[ Reply ]  [ Reply All ]  [ Forward ]  Move to [ Inbox ]  [ Go ]  [ Discard ]

Previous | Inbox 365 messages | Next        Printer-Friendly Version

Date  28 Mar 2005 13:43:27 -0800 Mon, 28 Mar 2005 16:43:10 -0600 Show full headers

From  Bloor, Stephen M. (Civ, ARL/ADLO) <sbloor@arl.army.mil>    [ Add to Address Book ]

To  Bruce Horton <bh@brucehorton.com>

Subject  Re: When to call?

I should be at my APG number on Wednesday from 10-4 EST.  Sure this is
not something you should talk to John about.

V/R,

.s

Stephen M. Bloor
Intellectual Property Counsel
U.S. Army Research Laboratory
ATTN: AMSRD-ARL-D-IP
2800 Powder Mill Road
Adelphi, Maryland 20783-1197
(301) 394-1595
(301) 394-3972 fax
DSN 290-1595; x3972fax
Bldg. 205, Room 3E026
@APG (410) 278-3412, DSN 298
@APG, Bldg. 434, Room 118A

——Original Message——
From: Bruce Horton [mailto:bh@brucehorton.com]
Sent: Monday, March 28, 2005 12:05 PM
To: Bloor, Stephen M. (Civ, ARL/ADLO)
Subject: When to call?

Steve,

I need 5 or 10 minutes with you on the phone.
When is it most convenient for you?

Best Regards,

—Bruce Horton    //Please remove my old Hotmail address from your

records,
http://brucehorion.com (phone, PGP Key, etc).

Previous | Inbox: 365 messages | Next



Copyright © 2008 Danger, Inc. | Legal Notices

Return to T-Mobile.com

Not Your Phone?   Tour My T-Mobi





Hello: BRUCE HORTON
4155178165
[+ MY PROFILE]  > Logout

+ Sidekick, Color

[ ASK T-MOBILE ]  [ SEAR ]

🖂 | 🖂 | 🖂 | 🖂 | 🖂 | 🖂 | 🖂   · Settings · Help · Download Intellisync

🖂 🖂   Email: Read Message: Bloor, Stephen M. (Civ,...: RE: Patent office difficulties?      Wednesday, July 9, 2008

**New Message**
**New Folder**

**Inbox**
**MTV**
**Saved (5)**
**Drafts (75)**
**Sent (empty)**
**Trash (4)**

**Empty Trash**
**Fetch Email**

**Accounts**
**Settings and Folders**

[ Reply ] [ Reply All ] [ Forward ]  Move [ Inbox ] [ Go ] [ Discard ]
                                      to

Previous | Inbox: 365 messages | Next    Printer-Friendly Version

Date  12 Apr 2005 11:47:28 -0700Tue, 12 Apr 2005 14:47:13 -0400 Show full headers

From  Bloor, Stephen M. (Civ, ARL/ADLO) <sbloor@arl.army.mil>   

To  Bruce Horton <bh@brucehorton.com>

Subject  Re: Patent office difficulties?

Bruce:  Your application has been sitting for two weeks – nothing
holding it but security.

I spoke with security – seems the only person who could have had you
sign something is overseas – could take some time.

This is very frustrating for me also.

I'll keep you informed.

V/R,

s

---

Stephen M. Bloor
Intellectual Property Counsel
U.S. Army Research Laboratory
ATTN: AMSRD-ARL-D-IP
2800 Powder Mill Road
Adelphi, Maryland 20783-1197
(301) 394-1895
(301) 394-3972 fax
DSN 290-1595| x3972fax
Bldg. 205, Room 3E028
@APG (410) 278-3412, DSN 298
@APG, Bldg. 434, Room 118A


-----Original Message-----
From: Bruce Horton [mailto:bh@brucehorton.com]
Sent: Tuesday, April 12, 2005 2:15 PM
To: Bloor, Stephen M. (Civ, ARL/ADLO)
Subject: Patent office difficulties?


Steve,

1) Is the patent office move still holding things
up or do we have a new hurdle? Can you drop
me a quick line to let me know what's happening? I'll be out of the
country in a few
weeks and would like to have some sort of resolution on this before I
leave.

2) Also, any luck finding the paper I signed?

Best Regards,

--Bruce Horton   //Please remove my old Hotmail address from your
records.
http://brucehorton.com (phone, PGP Key, etc).


Previous | Inbox: 365 messages | Next



Reply  ReplyAll  Forward  Move to  Inbox  Go  Discard

Copyright © 2006 Danger, Inc. | Legal Notices

Store Locator | Support | Contact Us | Coverage | Refer a Friend
T-Mobile.com : ©2002-2004 T-Mobile USA, Inc. | Terms of Use | Terms & Conditions | Return Policy | Privacy Policy

Return to T-Mobile.com



Not Your Phone?        Tour My T-Mobile



Hello: BRUCE HORTON
4155178165
[ MY PROFILE ]  ✦ Logout

✦ Sidekick, Color

[ ASK T-MOBILE ]   [ SEARCH ]

       ✦ Settings  ✦ Help  ✦ Download Intellisync

📧 📧  Email: Read Message: Bloor, Stephen M. (Clv,...; ARL 05-05 filed                          Wednesday, July 9, 2008

✦ New Message
✦ New Folder

—  Inbox
—  MTV
✦  Saved (5)
✦  Drafts (78)
—  Sent (empty)
✦  Trash (4)

✦  Empty Trash
✦  Fetch Email

✦  Accounts
✦  Settings and Folders



[ Reply ]  [ Reply All ]  [ Forward ]  Move to  [ Inbox ]  [ GO ]  [ Discard ]

Previous | Inbox 365 messages | Next          Printer-Friendly Version

Date  02 May 2005 10:46:07 -0700Mon, 2 May 2005 13:44:57 -0400  Show full headers

From · Bloor, Stephen M. (Clv, ARL/ADLO) <sbloor@arl.army.mil>

To ·  <uh@brucehorton.com>

Subject  ARL 05-05 filed

Filed few minutes ago @ PTO.
Details as they become available.
Congratulations,
V/R,
s

Sent via ARL's wireless network.

___
Stephen M. Bloor
Intellectual Property Counsel
U.S. Army Research Laboratory
ATTN: AMSRD-ARL-O-IP
2800 Powder Mill Road
Adelphi, Maryland 20783-1197
(301) 394-1585
(301) 394-3972 fax
DSN 290-1585; x8972fax
Bldg. 205, Room 8E026
@APG (410) 278-3412, DSN 298
@APG, Bldg. 484, Room 118A

Previous | Inbox 365 messages | Next

[ Reply ]  [ Reply All ]  [ Forward ]  Move to  [ Inbox ]  [ GO ]  [ Discard ]

Copyright © 2008 Danger, Inc. | Legal Notices

Store Locator | Support | Contact Us | Coverage | Refer a Friend
T-Mobile.com : ©2002-2004 T-Mobile USA, Inc. | Terms of Use | Terms & Conditions | Return Policy | Privacy Policy

Return to T-Mobile.com



Not Your Phone?          Tour My T-Mobile



Hello: BRUCE HORTON
4155178165
> MY PROFILE   > Logout
> Sidekick, Color

ASK T-MOBILE          SEAR

       · Settings  · Help  · Download Intellisync

Email: Read Message: Bloor, Stephen M. (Civ,...; RE: ARL 05-05 filed

Wednesday, July 9, 2008

New Message

New Folder

Previous | Inbox: 365 messages | Next       Printer-Friendly Version

- Inbox
- MTV
- Saved (5)
- Drafts (78)
- Sent (empty)
- Trash (4)

Empty Trash

Fetch Email

Accounts

Settings and Folders

Date  09 May 2005 12:15:55 -0700Mon, 9 May 2005 15:14:08 -0400 Show full headers

From  Bloor, Stephen M. (Civ, ARL/ADLO) <sbloor@arl.army.mil>   Add to Address Book

To  Bruce Horton <bh@brucehorton.com>

Subject  Re: ARL 05-05 filed

Bruce:  Welcome back.  Details = serial number.  I'll let your know when
I get a serial number.

V/R,

s

Stephen M. Bloor
Intellectual Property Counsel
U.S. Army Research Laboratory
ATTN: AMSRD-ARL-D-IP
2800 Powder Mill Road
Adelphi, Maryland 20783-1197
(301) 394-1595
(301) 394-3972 fax
DSN 290-1595; x3972fax
Bldg, 205, Room 9E025
@APG (410) 278-3412, DSN 298
@APG, Bldg, 434, Room 118A

-----Original Message-----
From: Bruce Horton [mailto:bh@brucehorton.com]
Sent: Monday, May 09, 2005 3:07 PM
To: Bloor, Stephen M. (Civ, ARL/ADLO)
Subject: Re: ARL 05-05 filed

Steve,

I just got back from my trip...

So it's filed! That is great news.  And, thanks for your efforts.  They
are appreciated.

BTW, to what "details" do you refer?

Best regards,

-Bruce

On Mon, 2 May 2005 10:46am, Bloor, Stephen M. (Civ, ARL/ADLO) wrote:
> Filed few minutes ago @ PTO.
> Details as they become available.
> Congratulations,
> V/R,
> S
> _____
> ___
> Sent via ARL's wireless network.
>
> ___
> Stephen M. Bloor
> Intellectual Property Counsel
> U.S. Army Research Laboratory
> ATTN: AMSRD-ARL-CI-IP
> 2800 Powder Mill Road
> Adelphi, Maryland 20783-1197
> (301) 394-1595
> (301) 394-3972 fax
> DSN 290-1595; x3972fax
> Bldg. 205, Room 3E028
> @AFG (410) 278-3412, DSN 298
> @AFG, Bldg. 434, Room 118A
Best Regards,

--Bruce Horton   //Please remove my old Hotmail address from your records.
http://brucehorton.com (phone, PGP Key, etc),


Previous | Inbox: 365 messages | Next



Copyright © 2000 Danger, Inc. | Legal Notices

Store Locator | Support | Contact Us | Coverage | Refer a Friend
T-Mobile.com : ©2002-2004 T-Mobile USA, Inc. | Terms of Use | Terms & Conditions | Return Policy | Privacy Policy.

Return to T-Mobile.com

# My T·Mobile



 Hello: BRUCE HORTON
4155178165
[ · MY PROFILE ]  · Logout

· Sidekick, Color

[ ASK T-MOBILE ]  [ SEAR ]

· Settings  · Help  · Download Intellisync

Email: Read Message: Bloor, Stephen M. (Civ,... Serial Number

Wednesday, July 9, 2008

· New Message
· New Folder

· Inbox
· MTV
· Saved (5)
· Drafts (78)
· Sent (empty)
· Trash (4)

· Empty Trash
· Fetch Email

· Accounts
· Settings and Folders

   Move to  [ GO ] [ DISCARD ]

Previous | Inbox 365 messages | Next        Printer-Friendly Version

Date  11 May 2005 09:24:37 -0700Wed, 11 May 2005 12:23:27 -0400 Show full headers

From  Bloor, Stephen M. (Civ, ARL/ADLC)
      <sbloor@arl.army.mil>                          [ Add to Address Book ]

To  Bruce Horton <bh@brucehorton.com>

Subject  Serial Number

Attachment  Stephen M Bloor (ARL-b).vcf text/x-vcard (728 bytes)

10/526,609

Bruce:
   Above, please find an unverified serial number.

   You should be aware that anyone having the combination of serial number and filing date can claim to own the Application. That's why this information is not being sent together.

Congratulations,

Steve

---

Stephen M. Bloor
Intellectual Property Counsel
U.S. Army Research Laboratory
ATTN: AMSRD-ARL-D-IP
2800 Powder Mill Road
Adelphi, Maryland 20783-1197
(301) 394-1695
(801) 394-3972 fax
DSN 290-1695; x3972fax
Bldg. 205, Room 3E026
@APG (410) 278-3412, DSN 298
@APG, Bldg. 424, Room 118A

Previous | Inbox 365 messages | Next

   Move to   

Copyright © 2008 Danger, Inc. | Legal Notices

Store Locator | Support | Contact Us | Coverage | Refer a Friend
T-Mobile.com : ©2002-2004 T-Mobile USA, Inc. | Terms of Use | Terms & Conditions | Return Policy | Privacy Policy

Return to T-Mobile.com

 My T··Mobile·

Not Your Phone?     Tour My T-Mobi

 Hello: BRUCE HORTON
4155178165
[ MY PROFILE ]   Logout
Sidekick, Color

[ ASK T-MOBILE ]   [ SEAR

Settings   Help   Download Intellisync

Email: Read Message: Bloor, Stephen M. (Clv,... RE: Serial Number

Wednesday, July 9, 2008

     Move to 

New Message
New Folder

Previous | Inbox: 365 messages | Next      Printer-Friendly Version

Inbox
MTV
Saved (5)          Date  12 May 2005 08:39:19 -0700Thu, 12 May 2005 08:38:27 -0400 Show full headers
Drafts (78)
Sent (empty)       From  Bloor, Stephen M. (Clv, ARL/ADLO) <sbloor@erl.army.mil> 
Trash (4)
                     To  Bruce Horton <bh@brucehorton.com>
Empty Trash        Subject  Re: Serial Number
Fetch Email
                   B: See comments below.
Accounts
Settings and Folders  V/R,

                   S


                   Stephen M. Bloor
                   Intellectual Property Counsel
                   U.S. Army Research Laboratory
                   ATTN: AMSRD-ARL-O-IP
                   2800 Powder Mill Road
                   Adelphi, Maryland 20785-1197
                   (301) 394-1585
                   (301) 394-3972 fax
                   DSN 290-1585; x3972fax
                   Bldg. 205, Room 3E028
                   @APG (410) 278-3412, DSN 298
                   @APG, Bldg. 434, Room 118A


                   ——Original Message——
                   From: Bruce Horton [mailto:bh@brucehorton.com]
                   Sent: Wednesday, May 11, 2005 7:39 PM
                   To: Bloor, Stephen M. (Clv, ARL/ADLO)
                   Subject: Re: Serial Number


                   Steve,

                   1) What do you mean by "unverified"?  That you just got the number by phone but not a physical
                   receipt?  Or something else?

                   I got the number from a bill.  The PTO is amazingly quick at billing me but very slow in sending a receipt—so I have
                   an electronic bill telling me I'm billed for a serial number filed on that date, with the correct docket number, BUT its
                   technically not official until we receive some paper correspondence.

2) As far as only needing the filing date & serial number, that seems
pretty insecure. Interesting,
though. But, because of the classification level, no one would be able
to request see it, I'm sure.

I hope you are correct.

3) Did you ever locate a copy of that paper that I signed? Nope. The guy who asked you to sign it has been
transferred (from what I understand) and no one here knows anything about it.

4) do I need to do anything now, or just wait a few weeks to receive the
secrecy order?

Nothing for you to do. A few weeks - not hardly - I've never know the PTO to do anything in a few weeks but let me
know if you get it - there's always an exception. I expect you next action due at the PTO will be at least 20 years from
now.

Thanks,

-Bruce

On Wed, 11 May 2005 9:25am, Bloor, Stephen M. (Civ, ARL/ADLO) wrote:
> 10/526,509
>
> Bruce:
>
> Above, please find an unverified serial number.
>
> You should be aware that anyone having the combination of serial
> number
> and filing date can claim to own the Application. That's why this
> information is not being sent together.
>
> Congratulations,
>
> Steve
>
> >——
>
> Stephen M. Bloor
> Intellectual Property Counsel
> U.S. Army Research Laboratory
> ATTN: AMSRD-ARL-O-IP
> 2800 Powder Mill Road
> Adelphi, Maryland 20783-1197
> (301) 394-1595
> (301) 394-3972 fax
> DSN 290-1595; x3972fax
> Bldg. 205, Room 3E026
> @APG (410) 278-3412, DSN 298
> @APG, Bldg. 434, Room 118A
>

Best Regards,

—Bruce Horton    //Please remove my old Hotmail address from your
records.
http://brucehorton.com (phone, PGP Key, etc).

Previous | Inbox: 365 messages | Next

 

Copyright © 2008 Danger, Inc. | Legal Notices

Store Locator | Support | Contact Us | Coverage | Refer a Friend
T-Mobile.com : ©2002-2004 T-Mobile USA, Inc. | Terms of Use | Terms & Conditions | Return Policy | Privacy Policy

Return to T-Mobile.com



Not Your Phone?          Tour My T-Mobi

 Hello: BRUCE HORTON
41.55178165
[ MY PROFILE ]  Logout
Sidekick, Color

[ ASK T-MOBILE ]   [ SEAR

Settings • Help • Download Intellisync

Email: Read Message: Morgan, Richard (Civ...; RE: Thanks for returning my call

Wednesday, July 9, 2008

   Move  

Previous | Inbox: 365 messages | Next        Printer-Friendly Version

Date  07 Dec 2005 04:42:11 -0800 Wed, 7 Dec 2005 07:39:43 -0500 Show full headers

From  Morgan, Richard (Civ, ARL/AOLO)
      <richard.morgan6@arl.army.mil>

To  Bruce Horton <bh@brucehorton.com>

Subject  Re: Thanks for returning my call

[ Add to Address Book ]

Bruce:
I have checked and because of the security classification, your
case is not held in this office. We have passed your request on to the
appropriate location. If they have not returned your call this week,
please let me know and I will make another contact.

Rich Morgan

——Original Message——
From: Bruce Horton [mailto:bh@brucehorton.com]
Sent: Wednesday, December 07, 2005 8:38 AM
To: Morgan, Richard (Civ, ARL/AOLO)
Subject: Thanks for returning my call

Richard,

Just checking to see if I have the correct address. Do I have the right

guy? Please
acknowledge...

Best Regards,

—Bruce Horton

"The reasonable man adapts himself to the world: the unreasonable one
persists in trying to adapt the world to himself. Therefore all progress

depends on the unreasonable man." —George Bernard Shaw

Previous | Inbox: 365 messages | Next

    Move  

Copyright © 2008 Danger, Inc. | Legal Notices

tore Locator | Support | Contact Us | Coverage | Refer a Friend

-Mobile.com : ©2002-2004 T-Mobile USA, Inc. | Terms of Use | Terms & Conditions | Return Policy | Privacy Policy

> —Bruce Horton
>
> "The reasonable man adapts himself to the world; the unreasonable one
> persists in trying to adapt the world to himself. Therefore all
> progress
>
> depends on the unreasonable man." —George Bernard Shaw
Best Regards,

--Bruce Horton

"The reasonable man adapts himself to the world; the unreasonable one
persists in trying to adapt the world to himself. Therefore all progress

depends on the unreasonable man." —George Bernard Shaw

Previous | Inbox: 365 messages | Next



Move
to

Copyright © 2008 Danger, Inc. | Legal Notices

Store Locator | Support | Contact Us | Coverage | Refer a Friend
T-Mobile.com ; ©2002-2004 T-Mobile USA, Inc. | Terms of Use | Terms & Conditions | Return Policy | Privacy Policy

Return to T-Mobile.com



Not Your Phone?        Tour My T-Mobl

·Hello: BRUCE HORTON
4155178165
[ x MY PROFILE ]  · Logout 

· Sidekick, Color

[ ASK T-MOBILE ]  [ SEAR ]

· Settings  · Help  · Download Intellisync

Email: Read Message: Bruce Horton: Serial Number

Wednesday, July 9, 2008

· New Message
· New Folder

Reply   Reply All   Forward   Move to   Saved   Go   Discard

Inbox
MTV
Saved (3)
Drafts (78)
Sent (empty)
Trash (4)

Empty Trash
Fetch Email

Accounts
Settings and Folders

Previous | Saved: 24 messages | Next      Printer-Friendly Version

Date  20 Dec 2005 09:53:27 -0800Tue, 20 Dec 2005 09:52:51 -0800 Show full headers

From  Bruce Horton <bh@brucehorton.com>   

To  Bruce Horton <bh@brucehorton.com>

Subject  Serial Number

Attachment  Stephen M Bloor (ARL-b).vcf text/x-vcard (723 bytes)

——Original Message——
From: Bloor, Stephen M. (Civ, ARL/ADLO) <sbloor@arl.army.mil>
To: Bruce Horton <bh@brucehorton.com>
Subject: Serial Number
Date: 11 May 2005 09:24:37 -0700

10/528,609

Bruce:

Above, please find an unverified serial number.

You should be aware that anyone having the combination of serial number and filing data can claim to own the
Application. That's why this information is not being sent together.

Congratulations,

Steve

——

Stephen M. Bloor
Intellectual Property Counsel
U.S. Army Research Laboratory
ATTN: AMSRD-ARL-D-IP
2800 Powder Mill Road
Adelphi, Maryland 20783-1197
(301) 394-1595
(301) 394-3972 fax
DSN 290-1595; x3972fax
Bldg, 205, Room 9E026
@APG (410) 278-3412, DSN 298
@APG, Bldg, 434, Room 118A

Best Regards,

—Bruce Horton

"The reasonable man adapts himself to the world; the unreasonable one persists in trying to adapt the world to himself. Therefore all progress depends on the unreasonable man." —George Bernard Shaw

Previous | Saved: 24 messages | Next

 Move to 

Copyright © 2008 Danger, Inc. | Legal Notices

Store Locator | Support | Contact Us | Coverage | Refer a Friend
T-Mobile.com | ©2002-2004 T-Mobile USA, Inc. | Terms of Use | Terms & Conditions | Return Policy | Privacy Policy





### DEPARTMENT OF THE ARMY
UNITED STATES ARMY LEGAL SERVICES AGENCY
901 NORTH STUART STREET
ARLINGTON, VA 22203-1837

REPLY TO
ATTENTION OF

May 12, 2005
EXPEDITE

Commissioner of Patents and Trademarks
U.S. Patent and Trademark Office
Attn: Security Group, Licensing and Review
Washington, D.C. 20231

Dear Sir:

The following identified application has been examined by The United States Army, a member of the Armed Services Patent Advisory Board, under the provisions of 35 U.S.C. 181.

U.S. Patent Application Serial No. 10/526,609
Filed: 2 May 2005
Inventor(s): Bruce Kelley Horton
Title: Acoustic Propagation Method

Prosecuted by: (X) Government, ( ) Contractor, ( ) Unknown Party

This is to notify you in accordance with the above examination that the publication or disclosure of the invention by the granting of a patent thereof would be detrimental to the national security. It is accordingly requested that you order that the invention be kept secret and withhold the grant of a patent for such period as the national interest requires.

It is further requested that the following Secrecy Order issue:

( ) Secrecy Order and Permit for Foreign Filing in Certain Countries
     ECCN Reference
     ITAR Reference

(X) Secrecy Order and Permit for Disclosing Classified Information
     Level of Protection or Classification — TOP SECRET

( ) Secrecy Order — It is further requested that this Secrecy Order
     issue with

          ( ) Permit A (PTO 299) —
          ( ) No Permit

Sincerely,

Diane R. Winter
Paralegal Specialist

cc: PTO
ARL (Steve Bloor)



EXHIBIT
3



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/526,609 | | | | 9477 |

7590    03/12/2005

US ARMY RESEARCH LABORATORY
ATTN: AMSDR-ARL-O-IO-SC
2800 POWDER MILL ROAD
ADELPHI,, MD  20783

| EXAMINER |
|---|
| |

| ART UNIT | PAPER NUMBER |
|---|---|
| | |

DATE MAILED: 05/12/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

O-90C (Rev. 10/05)

EXHIBIT
4



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

Application Serial No. *10-526,609*

## SECRECY ORDER
35 U.S.C. §§181-188

and

Permit for Disclosing Classified or "Classifiable" Subject Matter

The above-identified patent application contains subject matter which is either classified or "classifiable" in the opinion of the sponsoring defense agency.

[X] This application is CLASSIFIED at the level of:      [X] TOP SECRET

[..] This application is NOT CLASSIFIED,                  [ ] SECRET
but would be CLASSIFIABLE at the level of:

[ ] CONFIDENTIAL

ALL PRINCIPALS[2] IN THIS APPLICATION ARE ORDERED TO KEEP THE SUBJECT MATTER THEREOF IN SECRECY UNDER 35 U.S.C. §181.

The subject matter of this application may not be published or disclosed to any person except as specifically authorized herein or subsequently authorized by written modification of this Secrecy Order granted by the Commissioner of Patents & Trademarks (see 37 CFR §5.5).

Unauthorized publication or disclosure of the subject matter of this patent application may result in abandonment of the application (35 U.S.C. §182) and additionally subject the person publishing or disclosing the subject matter to the penalties of 35 U.S.C. §186.

The subject matter of this application must be safeguarded under conditions that will provide adequate protection and prevent access by unauthorized persons. When copies of the subject matter are no longer needed, they should be destroyed by a method that will prevent disclosure of the contents or reconstruction of the document.

---

[1] The term "classifiable" as used herein refers to subject matter that is not actually classified but is sufficiently sensitive, in the opinion of the sponsoring defense agency named herein, to have been classified under E.O. 12356 if the subject matter were known to be owned by or under control of the U.S. government.

[2] "Principals" include all patent applicants, their heirs, assignees, licensees and their attorneys and agents.

This Order should not be construed in any way to mean that the U.S. Government has adopted or contemplates adoption of the invention disclosed in this application and it is not any indication of the value of such invention. Additionally, this Order is not authority in and of itself for classification of the subject matter of this patent application.

Any other patent application already or hereafter filed in the U.S. or any foreign country which contains any significant part of the subject matter of the above-identified patent application also falls within the scope of this Order. If such other patent application is not currently under a Secrecy Order imposed by the U.S. Patent and Trademark Office, it and the common subject matter must be brought to the immediate attention of:

Mail Stop L&R
Commissioner of Patents
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450

This Secrecy Order was recommended to the Commissioner of Patents & Trademarks by the following sponsoring defense agency:

(X) ARMY
( ) NAVY
( ) AIR FORCE
( ) HOMELAND SECURITY
( ) _____

- Questions regarding the reasons for imposing this Secrecy Order should be directed to the sponsoring defense agency. A contact for each defense agency is attached.

- Questions regarding the substantive examination of the patent application should be directed to the patent examiner

- Questions pertaining to the administrative handling of the application or the Secrecy Order should be directed to the Licensing and Review Branch of the Patent & Trademark Office at (571) 272-6617.

Permit for Disclosing Classified or "Classifiable" Information

A. If the subject matter of this application is classified:

Disclosure of the subject matter of this application is authorized to persons with the appropriate personnel security clearance on a "need-to-know" basis under the provisions of Executive Orders 10865 and 12356 and the "Industrial Security Manual for Safeguarding Classified Information" provided the authorized person to whom the subject matter is disclosed is furnished with a copy of this Secrecy Order and informed that this Order is applicable to the subject matter disclosed.

Any declassification, in whole or in part, of the subject matter of this application does not modify this Secrecy Order. The requirements of this Secrecy Order remain in effect until it is rescinded or modified in writing by the Commissioner of Patents & Trademarks. If the subject matter is declassified, this fact should be brought to the attention of the sponsoring defense agency.

B. If the subject matter of this application is "classifiable" but not classified:
Principals to this Secrecy Order employed at a facility which has a current DoD Security Agreement (DoD Form, 441) are authorized to disclose on a "need-to-know" basis the subject matter of this patent application to other persons at that facility having a personnel security clearance at least as high as the level of protection specified on page 1 of this Secrecy Order provided the provisions of the "Industrial Security Manual for Safeguarding Classified Information" (DoD 5220.22-M) are complied with[3] and the authorized person to whom the subject matter is disclosed is furnished with a copy of this Secrecy Order and informed that this Secrecy Order is applicable to the subject matter disclosed.

Principals employed at a facility that does not have a current DoD Security Agreement must obtain prior written modification of this Secrecy Order from the Commissioner of Patents & Trademarks for any further disclosure of the subject matter of this application to any person. See 37 CFR §5.5.

This permit for disclosing classified or "classifiable" information does not authorize disclosure of the subject matter of the patent application through (1) the filing of any foreign application without specific permission of the Patent and Trademark Office, or (2) the export of any item, commodity or technical data without the required export license.

for

Donald T. Hajec
Director, Technology Center 3600
(571) 272-5150

---

[3] Since the subject matter covered by this Secrecy Order is not actually classified, certain provisions of the Industrial Security Manual (ISM) may not strictly apply, such as derivative classification, downgrading/declassification instructions, and portion and page markings. Facilities encountering problems complying with any provisions of the ISM should directly query the defense agency sponsoring this Secrecy Order for appropriate security guidance.

## DEFENSE AGENCY CONTACT LIST

Department of the Army
U.S. Army Patent, Copyrights & Trademark Division
Office of the Judge Advocate General
901 North Stuart St.
Arlington, VA 22203-1837

Diane Winters: 703-696-8124

Department of the Navy
Office of the Chief of Naval Research
Intellectual Property Law Division
ATTN: (OOCC12)
800 North Quincy Street
Arlington, VA 22217-5000

Tiffany McNair: 703-696-4821

Department of the Air Force
AFMC LO/JAZ
2240 B Street, Room 100
Wright-Patterson AFB, OH 45433-7109

Richard Lambert: 937-255-2838

Department of Energy
U.S. Department of Energy
Office of the Assistant General Counsel For Patents (GS-42)
1000 Independence Avenue, SW
Washington, DC 20585

Paul Gottlieb: 202-586-3439

Patent and Trademark Office (Licensing and Review)
Mail Stop: L&R
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

James Samuels: 703-305-0239

**EXHIBIT 7**



**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY LEGAL SERVICES AGENCY
9275 GUNSTON ROAD
FT. BELVOIR, VA 22060

May 22, 2013

Reply to
Attention of
JALS – RL/IP

Mr. Robert Schultz
Schultz & Associates LLP
640 Cepi Drive, Suite A
Chesterfield, Missouri 63005-1221

RE:   BRUCE HORTON ADMINISTRATIVE CLAIM

Dear Mr. Schultz,

This letter represents the determination of the United States (U.S.) Army ("Army") regarding the administrative claim filed by Mr. Bruce Horton pursuant to Subpart 227.70 of the Defense Federal Acquisition Regulation Supplement ("DFARS").

## I.   Overview

On February 29, 2012 counsel for Mr. Bruce Horton formally requested that the Army consider numerous documents that had been submitted to the Army Counsel over the preceding months, in the aggregate, as the filing of an administrative claim for compensation as set forth in DFARS 227.7004. Mr. Horton seeks compensation pursuant to TITLE 35, SECTION 183 OF THE UNITED STATES CODE for damages allegedly resulting from an Army sponsored secrecy order imposed on a U.S. patent application Mr. Horton filed in the U.S. Patent and Trademark Office (USPTO). Mr. Horton also seeks compensation for the Army's alleged use of the invention set forth in the patent application. The secrecy order imposed on Mr. Horton's patent application specified a level of classification of TOP SECRET. Mr. Horton has claimed patent secrecy order and infringement damages of $5,000,000.

Pursuant to 35 USC §183,

> *[A]n applicant, his successors, assigns, or legal representatives, whose patent is withheld as herein provided, shall have the right, <u>beginning at the date the applicant is notified that, except for such order, his application is otherwise in condition for allowance</u>, or February 1, 1952, whichever is later, and ending six years after a patent is issued thereon, to apply to the head of any department or agency who caused the order to be issued for compensation for the damage caused by the order of secrecy*



**EXHIBIT**

7

*and/or for the use of the invention by the Government, resulting from his disclosure* (italics and underline added).

Under current USPTO policy, patent applications having a TOP SECRET classification are not examined for patentability until the TOP SECRET classification is removed. This would happen if the application was declassified or of the classification was downgraded to the level of SECRET or below. Mr. Horton's patent application having an active TOP SECRET secrecy order has not been examined; therefore, Mr. Horton has not been notified that the application is in condition for allowance. Mr. Horton's claim for compensation pursuant to 35 USC §183 is premature, since the requirements to bring this claim for compensation are not fulfilled. Mr. Horton also asserts that the Army currently uses his invention as set forth in the patent application. In execution of the U.S. Army's ongoing commitment to respect the intellectual property rights of others, in this particular instance Army Counsel decided that it was prudent and appropriate to proceed with an investigation of Mr. Horton's claims.

The Army also notes that the materials submitted by Mr. Horton are insufficient to perfect an administrative claim in fulfillment of the requirements of DFARS, Subpart 227.70. However since many of the documents necessary to perfect the administrative claim are not readily available to claimant as a result of the patent application's classification, Army Counsel evaluated the merits of Mr. Horton's claim in the absence of these submissions from the claimant.

In the administrative claim, Mr. Horton alleges that the U.S. Army and the U.S. Army Research Laboratory (ARL) have developed, made and used machines infringing Mr. Horton's invention, and on information and belief infringing every claim set forth in Mr. Horton's patent application. Mr. Horton further asserts that these infringing machines aid the security of the United States of America and are either deployed or kept in reserve for use in the future if the situation arises where the use of these machines is appropriate.

On March 6, 2012, the U.S. Army Legal Services Agency (USALSA) launched an administrative investigation into these claims.

A. Mr. Horton's Patent Application No. 10/526,609

Sometime in 2004, Mr. Horton invented a new and useful improvement in the field of acoustic wave propagation. Mr. Horton informed a Government employee who he had met at a scientific function about his concept and that individual contacted another Government organization that ultimately notified ARL. Mr. Horton met with ARL personnel in August of that year and talks ensued regarding a patent application. In December 2004 an Army patent attorney and an ARL employee skilled in technology security traveled to California to meet with Mr. Horton and draft a patent application. On December, 9 2004 Mr. Horton signed a representation letter with an ARL patent attorney. The representation letter specified that the ARL attorney's representation was limited to the filing and prosecution of the patent application from December 9, 2004 thru December 9, 2005. The result of these talks and this representation letter was U.S. Patent Application No. 10/526,609 entitled "Acoustic Propagation Method." On May 2, 2005 U.S. Patent Application No. 10/526,609 entitled "Acoustic Propagation Method"

was filed in the USPTO on behalf of Mr. Horton. The patent application was drafted and filed by the ARL patent attorney. The patent application was filed with appropriate classification markings. Mr. Horton was informed that his invention as set forth in the patent application would be classified at the TOP SECRET level, and that the Army would request the imposition of a secrecy order. The filing fee for the patent application was paid from an Army USPTO deposit account. Mr. Horton is the only named inventor. There is no assignment on file at the USPTO.

On May 12, 2005, the U.S. Army filed a request recommending the imposition of a secrecy order on the '609 application at the TOP SECRET level. On May 13, 2005, the USPTO issued a secrecy order indicating that the '609 application is classified by the sponsoring defense agency at the TOP SECRET level. The secrecy order is currently active at the TOP SECRET level.

## II.     Findings

### A. Infringement Claims

Mr. Horton's claim for compensation for infringement (use of the disclosed technology) is respectfully denied. Even if the claims of U.S. Patent Application No. 10/526,609 were allowed exactly as written, the U.S. Army has neither deployed, nor built and kept in reserve for use in the future, any machine or device actually capable of practicing Mr. Horton's invention in any practical application.

The Army's investigation has determined that starting in 2004 or 2005 the U.S. Army Research Laboratory, with the consent of Mr. Horton, tried to build a working model of the concept that Mr. Horton had previously discussed with ARL personnel. The attempts to create a practical working device based on Mr. Horton's invention were unsuccessful. After expending significant resources on this endeavor, it was determined that, in addition to several other shortcomings, the invention could not be made to function over the distance required for practical use. The technology does not currently exist to make a practical, deployable, useful system, so the project was abandoned. The Army does not use any device covered by the claims contained in Mr. Horton's patent application.

### B.     Claim under 35 USC §183

Mr. Horton also claims damages based on harm alleged to result from the imposition of an Army sponsored patent secrecy order. This claim is premature since the patent has not been examined, and Mr. Horton is not in possession of a "Notice of Allowance" or a "Notice of Allowability" from the USPTO. When the patent application is examined, if Mr. Horton receives notice from the USPTO that the application is in condition for allowance, and he presents this notice to Army with the documents required by the DFARS necessary to perfect an claim for compensation under 35 USC §183; then the Army will revisit Mr. Horton's damages claim.

### III.    Conclusion

For the reasons discussed above, Mr. Horton's claims for compensation are hereby denied. If you have any significant information not already presented with you believe warrants a conclusion other than the above, or firmly believe that denial of the claim is not supported in law or by the facts of record, you may request reconsideration of your client's claims by the Patent Counsel.

Reconsideration should be requested within thirty (30) days of the date of this letter. Your request must be presented in writing to this office.

Most Respectfully,

CHESTER L. JORDAN II
Patent Counsel of the Army