IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRUCE HORTON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

No. C-13-4912 MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT**

On November 21, 2013, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiff to submit forthwith a chambers copy of the complaint, filed October 23, 2013.

**IT IS SO ORDERED.**

Dated: December 11, 2013

MAXINE M. CHESNEY
United States District Judge