1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  JAMES A. SCHARF (CABN 152171)
   Assistant United States Attorney
4
       150 Almaden Boulevard, Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5044
6      FAX: (408) 535-5081
       james.scharf@usdoj.gov
7
   Attorneys for Defendant USA
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   BRUCE HORTON,                    ) Case No. C-13-4912 MMC
13                                  )
          Plaintiff,                ) Defendant's Unopposed Administration Motion to
14     v.                           ) Continue Case Management Conference
                                    )
15 UNITED STATES OF AMERICA,        )
                                    ) AND ORDER CONTINUING CASE MANAGEMENT
16        Defendant.                ) CONFERENCE TO APRIL 25, 2014
                                    )
17                                  )
                                    )
18 _____ )

19
   A Case Management Conference is currently set for February 7, 2014. On January 13, 2014,
20
   defendant USA filed a motion to dismiss for lack of jurisdiction, Document 13, to be heard on March
21
   21, 2013. The outcome of that motion may inform and impact case management issues. Accordingly,
22
   defendant USA requests the Court to continue the February 7, 2014, Case Management Conference to
23
   March 21, 2014, to be held, if necessary and appropriate, immediately following the hearing on
24
   defendant USA's motion to dismiss.
25
   In addition, plaintiff's lead counsel, Robert Schultz, resides in Chesterfield, Missouri. The requested
26
   continuance would obviate the need for him to make two separate trips to San Francisco. Mr. Schultz
27
   has advised defense counsel that plaintiff does not oppose this administrative motion.
28

DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO CONTINUE CMC
CASE NO. C-13-4912 MMC

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | DATED: January 14, 2014 | MELINDA HAAG<br>United States Attorney |
| 4 |  |  |
| 5 |  | /S/<br>JAMES A. SCHARF<br>Assistant United States Attorney<br>Attorneys for Defendant USA |

[~~PROPOSED~~] ORDER

Good cause appearing, the Case Management Conference currently set for February 7, 2014, is continued to ~~March 21, 2014, to be held, if necessary and appropriate, immediately following the hearing on defendant USA's motion to dismiss.~~ April 25, 2014.  Lead counsel for plaintiff may, if he so wishes, file a request to appear at the conference by telephone.  Unless otherwise directed, the parties shall file a Joint Case Management Statement seven calendar days before the Case Management Conference.

IT IS SO ORDERED.

Dated: January 21, 2014

_____
Hon. Maxine M. Chesney
United States District Court Senior Judge

DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO CONTINUE CMC
CASE NO. C-13-4912 MMC